UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
:
UNITED STATES OF AMERICA : **UNSEALING ORDER**
:
- v. - : 24 Cr. 427
:
SUE MI TERRY, :
:
Defendant. :
:
-------------------------------- X

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Kyle Wirshba, Samuel Adelsberg, and Alexander Li;

It is found that the Indictment in the above-captioned action, 24 Cr. 427, is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
July 16, 2024

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE