Proceeding via: ☐ CourtCall ☑ AT&T

DOCKET No. 24-cr-427        DEFENDANT  Sue Mi Terry

AUSA  Alexander Li        DEF.'S COUNSEL  Nick Levin
☐ _____ INTERPRETER NEEDED        ☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 6/17/2024    ☐ VOL. SURR.
☑ Other: Initial Presentment                            TIME OF ARREST 9:00 am      ☐ ON WRIT
                                                        TIME OF PRESENTMENT 3:40 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 500,000  PRB  ☑  1  FRP – Max Boot
☑ SECURED BY $_____  CASH/PROPERTY: Residence in Manhattan
☑ TRAVEL RESTRICTED TO ~~SDNY/EDNY/~~ Continental US
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS     ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: Signature of
D and co-signer Boot ; REMAINING CONDITIONS TO BE MET BY: 7/30/2024

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

If govt agrees to international travel, then PTS will return passport to D for that purpose

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY       ☑ CONFERENCE BEFORE D.J. ON  Control Date 7/30/2024
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL  7/30/2024

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 7/16/2024

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016