UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUE MI TERRY,<br><br>Defendant. | 24 Cr. 427 (LGS)<br><br>**<u>NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION</u>** |

The United States, through its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby provides notice to defendant Sue Mi Terry and to the Court that, pursuant to 50 U.S.C. §§ 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance and physical search pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801–1812 and 1821–1829.

Dated: New York, New York
       July 22, 2024

DAMIAN WILLIAMS
United States Attorney

_____
Kyle A. Wirshba / Alexander Li /
Sam Adelsberg
Assistant United States Attorneys
(212) 637-2493 / -2265 / -2494