

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 22, 2024

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Sue Mi Terry</u>, 24 Cr. 427 (LGS)

Dear Judge Schofield:

  Pursuant to the Court's order dated July 18, 2024, (Dkt. 10), the parties jointly write to propose the following schedule for discovery, the filing of motions, and for a status conference:

- The Government will substantially complete its production of unclassified discovery by August 26, 2024.

- The parties propose a status conference the week of September 23 or September 30.

- The parties propose the Court defer setting a motions schedule given the substantial volume of discovery and the likelihood of classified litigation in this case.

  Finally, the Government moves, with the consent of the defendant, to exclude Speedy Trial time until the date of the status conference in order for the parties to produce and review discovery, to consider potential motions, and to discuss any pretrial resolution of the case.  *See* 18 U.S.C. § 3161(h)(7).

Application Granted,  The parties shall appear for a status conference on **September 24, 2024, at 10:30 a.m**.  The Court finds that the ends of justice served by excluding the time between today and September 24, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow the parties time to produce and review discovery and for the Defendant to evaluate whether to file any pretrial motions. It is hereby ORDERED that the time between today and September 24 2024, is excluded.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kyle Wirshba / Sam Adelsberg / Alexander Li
Assistant United States Attorneys
(212) 637-2493 / -2494 / -2265

Dated: July 25, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**