

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 1, 2024

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Sue Mi Terry**, 24 Cr. 427 (LGS)

Dear Judge Schofield:

    The Government writes, with the consent of the defendant, to respectfully request the Court enter the attached proposed protective order to govern discovery in this case.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

By: _____
      Kyle Wirshba / Sam Adelsberg /
      Alexander Li
      Assistant United States Attorneys
      (212) 637-2493 / -2494 / -2265

Cc: All counsel of record (*by ECF*)