UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA      :

                      -against-                    :      24 Cr. 427 (LGS)

    SU MI TERRY,                            :      SCHEDULING ORDER

                            Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS an initial conference was held on October 28, 2024. It is hereby

**ORDERED** that by **November 6, 2024**, the Government shall file a status letter regarding the production of discovery from Defendant's iCloud account. It is further

**ORDERED** that by **November 13, 2024**, the parties shall file a joint letter proposing a briefing schedule for any pretrial motions. It is further

**ORDERED** that the Government shall produce any Rule 16 discovery in its possession, excluding materials from Defendant's iCloud account, by **November 27, 2024.** It is further

**ORDERED** that the parties shall appear for a status conference on **December 3, 2024, at 10:30 a.m**. It is further

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and December 3, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A). The time between today and December 3, 2024, is hereby excluded.

Dated: October 28, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE