

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 6, 2024

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Sue Mi Terry, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

    The Government writes respectfully, pursuant to the Court's October 28, 2024 Order, Dkt. 22, to update the Court as to the status of the production of the above-referenced defendant's iCloud account. After conferring with the Federal Bureau of Investigation, the Government anticipates that it will be able to produce the defendant's iCloud account in discovery on or before December 27, 2024, one month after the deadline for all other discovery imposed by the Court.

    As always, the Government remains available should the Court require any additional information or have any further questions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Kyle Wirshba / Sam Adelsberg /
    Alexander Li
    Assistant United States Attorneys
    (212) 637-2493 / -2494 / -2265