# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
www.KriegerLewin.com

Nicholas J. Lewin

Direct Dial: (212) 390-9559
Nick.Lewin@KriegerLewin.com

November 13, 2024

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

We represent Dr. Sue Mi Terry in the above-captioned proceeding. We write pursuant to the Court's October 28, 2024 Order, Dkt. No. 22, that the parties jointly propose a briefing schedule for pretrial motions. Accordingly, the parties propose the following schedule:

- Government's deadline to produce classified discovery: November 15, 2024

- Defendant's motion for a bill of particulars: December 4, 2024

    o Government's opposition: December 26, 2024

    o Defendant's reply: January 3, 2024

- Defendant's motion to dismiss the Indictment: February 5, 2025

    o Government's opposition: February 26, 2025

    o Defendant's reply: March 5, 2025

- Defendant's motion(s) to suppress and any other Rule 12(b)(3) motion(s): March 12, 2025

    o Government's opposition: April 2, 2025

    o Defendant's reply: April 9, 2025

- Government's CIPA Section 4 submission: April 15, 2025

Additionally, the parties each respectfully request an ex-parte CIPA Section 2 conference at the Court's convenience.

November 13, 2024
Page 2 of 2

      We are available should the Court require any additional information or have any further questions.

Respectfully submitted,

By:     /s/    
Nicholas J. Lewin
Melissa C. Danzo
KRIEGER LEWIN LLP


Lee S. Wolosky
JENNER & BLOCK LLP


Faith E. Gay
Temidayo Aganga-Williams
Joshua W. Bean
SELENDY GAY PLLC

cc:    All counsel of record (via ECF)