# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
www.KriegerLewin.com

Nicholas J. Lewin

Direct Dial: (212) 390-9559
Nick.Lewin@KriegerLewin.com

November 13, 2024

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

We represent Dr. Sue Mi Terry in the above-captioned proceeding. We write pursuant to the Court's October 28, 2024 Order, Dkt. No. 22, that the parties jointly propose a briefing schedule for pretrial motions. Accordingly, the parties propose the following schedule:

- Government's deadline to produce classified discovery: November 15, 2024

- Defendant's motion for a bill of particulars: December 4, 2024

    o Government's opposition: December 26, 2024

    o Defendant's reply: January 3, 2024

- Defendant's motion to dismiss the Indictment: February 5, 2025

    o Government's opposition: February 26, 2025

    o Defendant's reply: March 5, 2025

- Defendant's motion(s) to suppress and any other Rule 12(b)(3) motion(s): March 12, 2025

    o Government's opposition: April 2, 2025

    o Defendant's reply: April 9, 2025

- Government's CIPA Section 4 submission: April 15, 2025

Additionally, the parties each respectfully request an ex-parte CIPA Section 2 conference at the Court's convenience.

November 13, 2024
Page 2 of 2

      We are available should the Court require any additional information or have any further questions.

                Respectfully submitted,

          By:     /s/
                Nicholas J. Lewin
                Melissa C. Danzo
                KRIEGER LEWIN LLP

                Lee S. Wolosky
                JENNER & BLOCK LLP

                Faith E. Gay
                Temidayo Aganga-Williams
                Joshua W. Bean
                SELENDY GAY PLLC

cc:    All counsel of record (via ECF)

All defense motions shall be filed together with a single memorandum of law.  The memoranda of law by Defendant and the Government each shall be limited to 30 pages.  Defendant's reply brief shall be limited to 15 pages.  The total briefing schedule shall not exceed 60 days from the filing of the motions to the filing of the reply brief.  By **November 20, 2024**, the parties shall propose a briefing schedule for the same as well as a date for the Government's CIPA submission.

SO ORDERED.

Dated: November 15, 2024
New York, New York

                LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE