UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA      :
                                                            :      24 Cr. 427 (LGS)
                -against-                    :
                                          :      <u>SCHEDULING ORDER</u>
    SU MI TERRY,                            :
                                Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the parties each have requested an ex-parte CIPA Section 2 conference. It is hereby

      **ORDERED** that the Government shall appear for an ex parte, in camera CIPA Section 2 conference on **December 10, 2024, at 11:00 A.M.** in Room 201, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further

      **ORDERED** that Defendant shall appear for an ex parte, in camera CIPA Section 2 Conference on **December 17, 2024, at 11:00 A.M.** in Room 201, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: November 18, 2024
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE