**KRIEGER LEWIN** LLP  
350 Fifth Avenue, 77th Floor  
New York, NY 10118  
Telephone: (212) 390-9550

**Selendy Gay** PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
Telephone: (212) 390-9000

**JENNER & BLOCK** LLP  
1155 Avenue of the Americas  
New York, NY 10036-2711  
Telephone: (212) 891-1600

November 20, 2024

<u>By ECF</u>

The Honorable Lorna G. Schofield  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

    Re: *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

  We represent Dr. Sue Mi Terry in the above-captioned proceeding. We write pursuant to the Court's November 15, 2024 Order, Dkt. No. 26, directing the parties to jointly propose a briefing schedule for Defendant's pretrial motions and a date for the government's CIPA submission. Accordingly, the parties propose the following schedule:

- Defendant's pretrial motions: February 26, 2025
- Government's opposition: March 19, 2025
- Defendant's reply: April 9, 2025
- Government's CIPA submission: April 25, 2025

  We are available should the Court require any additional information or have any further questions.

              Respectfully submitted,

            By: /s/  
              Nicholas J. Lewin  
              Melissa C. Danzo  
              KRIEGER LEWIN LLP

              Lee S. Wolosky  
              JENNER & BLOCK LLP

              Faith E. Gay  
              Temidayo Aganga-Williams  
              Joshua W. Bean  
              SELENDY GAY PLLC

cc: All counsel of record (via ECF)