**KRIEGER LEWIN** LLP  
350 Fifth Avenue, 77th Floor  
New York, NY 10118  
Telephone: (212) 390-9550

**Selendy Gay** PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
Telephone: (212) 390-9000

**JENNER & BLOCK** LLP  
1155 Avenue of the Americas  
New York, NY 10036-2711  
Telephone: (212) 891-1600

November 27, 2024

<u>By ECF</u>

The Honorable Lorna G. Schofield  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re:    *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

      We represent Dr. Sue Mi Terry in the above-captioned proceeding. We write, with consent of the government, to request an adjournment of the upcoming status conference currently scheduled for December 3, 2024. Because a discovery and briefing schedule has been set, we request that the Court adjourn the December 3 conference *sine die* until pretrial motions are fully briefed, or to some other date of the Court's choosing. This is the first such request. The parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through February 26, 2025, when the defense motions are due. Such an exclusion of time would, among other things, allow the parties time to continue to produce and review discovery and for the defense to prepare pretrial motions. After February 26, 2025, Speedy Trial time will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) until the disposition of the pretrial motions.

      We are available should the Court require any additional information or have any further questions.

      Respectfully submitted,

By:    /s/  
Nicholas J. Lewin  
Melissa C. Danzo  
KRIEGER LEWIN LLP

Lee S. Wolosky  
JENNER & BLOCK LLP

Faith E. Gay  
Temidayo Aganga-Williams  
Joshua W. Bean  
SELENDY GAY PLLC

cc:    All counsel of record (via ECF)