| KRIEGER LEWIN LLP | Selendy Gay PLLC | JENNER & BLOCK LLP |
|---|---|---|
| 350 Fifth Avenue, 77th Floor<br>New York, NY 10118<br>Telephone: (212) 390-9550 | 1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 390-9000 | 1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Telephone: (212) 891-1600 |

November 27, 2024

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

      We represent Dr. Sue Mi Terry in the above-captioned proceeding. We write, with consent of the government, to request an adjournment of the upcoming status conference currently scheduled for December 3, 2024. Because a discovery and briefing schedule has been set, we request that the Court adjourn the December 3 conference *sine die* until pretrial motions are fully briefed, or to some other date of the Court's choosing. This is the first such request. The parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through February 26, 2025, when the defense motions are due. Such an exclusion of time would, among other things, allow the parties time to continue to produce and review discovery and for the defense to prepare pretrial motions. After February 26, 2025, Speedy Trial time will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) until the disposition of the pretrial motions.

      We are available should the Court require any additional information or have any further questions.

The status conference currently scheduled for December 3, 2024, is adjourned to **March 4, 2025, at 10:30 a.m**. The Court finds that the ends of justice served by excluding the time between today and March 4, 2025, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow the parties time to produce and review discovery and for the Defendant to evaluate whether to file any pretrial motions. It is hereby ORDERED that the time between today and March 4, 2025, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 32.

Dated: December 2, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By:    /s/
Nicholas J. Lewin
Melissa C. Danzo
KRIEGER LEWIN LLP

Lee S. Wolosky
JENNER & BLOCK LLP

Faith E. Gay
Temidayo Aganga-Williams
Joshua W. Bean
SELENDY GAY PLLC

cc:    All counsel of record (via ECF)