AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cr-00427-LGS-1 |
| Sue Mi Terry | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sue Mi Terry                                                                                                                                                      .

Date:  02/19/2025

/s/ Anthony S. Barkow
*Attorney's signature*

Anthony S. Barkow (TB1009)
*Printed name and bar number*
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036

*Address*

abarkow@jenner.com
*E-mail address*

(212) 891-1662
*Telephone number*

(212) 891-1699
*FAX number*