UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                          -against-                  :      24 Cr. 427 (LGS)

    SU MI TERRY,                          :      <u>ORDER</u>

                            Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a status conference in this matter is scheduled for March 4, 2025. It is hereby

       **ORDERED** that the March 4, 2025, status conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.

Dated: February 28, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE