

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 28, 2025

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Sue Mi Terry</u>, 24 Cr. 427 (LGS)

Dear Judge Schofield:

  The Government writes with the consent of the defendant to respectfully request (i) an adjustment of the Court's briefing schedule for only the classified portion of the Government's opposition to the defendant's pretrial motions, and (ii) an exclusion of time under the Speedy Trial Act.

  *First*, the Government respectfully requests an adjustment of the briefing schedule to allow the Government to file its opposition to the defendant's motions to suppress and to disclose materials related to the Foreign Intelligence Surveillance Act ("FISA"). In particular, in light of the need for intra-Governmental coordination to prepare the *ex parte* classified opposition to the defendant's motions regarding FISA, the Government requests an additional 90 days to file its opposition to those motions. In addition, the parties propose that, if a redacted version of the classified brief can be filed on notice to the defense, any reply should be filed within 30 days. The remainder of the Government's opposition and the defendant's reply will be filed on the schedule already set by the Court. The defense consents to this request.

  *Second*, the Government moves, with the consent of the defendant, to exclude Speedy Trial time until the date of the next status conference set by the Court in order for the consideration and resolution of pretrial motions, and to discuss any pretrial resolution of the case. *See* 18 U.S.C. § 3161(h)(7).

              Respectfully submitted,

              MATTHEW PODOLSKY
              Acting United States Attorney

          By: /s/
             Kyle Wirshba / Sam Adelsberg /
             Alexander Li / Chelsea Scism
             Assistant United States Attorneys
             (212) 637-2493