IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SUE MI TERRY,

Defendant.

No. 24-cr-00427-LGS

**AFFIDAVIT OF ATTORNEY GABRIEL ROTTMAN**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 1.3(k) of the United States District Court for the Southern District of New York, I, Gabriel Rottman, as a candidate for admission Pro Hac Vice, state as follows:

(a).  I have never been convicted of a felony;

(b).  I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

(c).  There are no disciplinary proceedings presently against me.

I verify that the above statements are true and correct.

DATED this 4 day of March, 2025.

_____
Signature of Applicant

SIGNED and ACKNOWLEDGED before me on March 4, 2025.



_____
Signature of Notary Public