# Exhibit A

FD-302 (Rev. 5-8-10)

**- 1 of 30 -**

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    06/27/2023

On June 5, 2023, SUE MI TERRY (TERRY), ▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇, was
interviewed at her home, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, New York, NY
10024 and in a hotel suite located at ▇▇▇▇▇▇▇▇▇▇, New York, NY 10023
by FBI Special Agents (SA) ▇▇▇▇▇▇, ▇▇▇▇▇▇, and ▇▇▇▇▇.
After being advised of the identity of the interviewing Agents and the
nature of the voluntary interview, TERRY provided the following information:

<u>At Home</u>

*[Agent's Note: Upon Agent's contact with TERRY at approximately 8:40am,
TERRY provided permission to enter her home to speak privately with Agents.*

*Agents were dressed in business suits with no overt law enforcement markings
and firearms were concealed.*

*At the beginning of the interview, TERRY was informed the interview was
voluntary and TERRY was free to direct agents to leave her home at any time.
TERRY directed Agents to sit at the dining room table adjacent to the front
door of the apartment.]*

TERRY is currently employed by Think Tank-3 based in Washington, DC and
travels regularly between DC and New York, NY where she resides.

*[Agent's Note: Agents informed TERRY of federal law 18 USC 1001,
specifically that it was a federal crime to lie, make false or misleading
statements, to an FBI agent ("candor warning").]*

TERRY stated she understood the need to be honest.

Contact with NIS

TERRY recalled prior interviews with the FBI to include contact pertaining

---

Investigation on  06/05/2023  at  New York, New York, United States (In Person)

File ▇▇▇▇▇▇▇▇▇                                    Date drafted  06/06/2023

by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

██████

Continuation of FD-302 of ██████ ████ **First Interview of SUE MI TERRY on** 6/5/2023 ,On 06/05/2023 ,Page 2 of 30

to a Chinese military officer. TERRY recalled speaking with the FBI about a Republic of Korea ("ROK" or "South Korea") National Intelligence Service (NIS) intelligence officer (IO) named ██ NIS-1 in 2014. TERRY did not recall saying she would notify FBI about her future contact with NIS. TERRY recalled in 2014 that after her contact with FBI, she stopped talking to ██ NIS-1 who she did not get along with and characterized as very aggressive. TERRY had not spoken to any NIS officials stationed in New York since.

To Agents' question, who from NIS are you currently in contact with, TERRY stated she did not know the name and that she was very bad with names.

Agents provided the name ██ NIS-3 , TERRY confirmed that her current NIS contact was ██ NIS-3 but could not recall the full name. TERRY added it would be culturally normal not to recall ██ NIS-3 's given name citing Korean culture to not greet each other by name.

*[Agent's Note: Agents provided candor warning and stated it would be hard to believe someone could not recall a name of someone they've met about 20 times.]* Agents provided the given name of ██ NIS-3 as ██ NIS-3 ██

TERRY was unable to recall the name of ██ NIS-2 but confirmed the name ██ NIS-2 ██ after Agents provided the name as her prior NIS contact before ██ NIS-3 .

TERRY stated she also met these two NIS officials, ██ NIS-3 and ██ NIS-2 , in New York, NY in August 2020. This meeting was with TERRY's NIS primary contact ██ NIS-2 *[Agent's Note:* ██ NIS-2 ██ *]* to introduce TERRY to ██ NIS-2 's successor ██ NIS-3 *[Agent's Note:* ██ NIS-3 ██ . ██ NIS-2 and ██ NIS-3 took TERRY to dinner at Estiatorio Milos in New York *[Agent's Note: Located at 125 West 55th Street, New York, NY 10019].*

TERRY confirmed she had met ██ NIS-3 approximately 20 times since August 2020 and that ██ NIS-3 was TERRY's current primary contact with the NIS. *[Agent's Note: Agents observed* TERRY pronounced ██ NIS-3 's name phonetically as ██ or ██ FBI *assessed* ██ *was a phonetically accurate transliteration and/or romanization of the Korean family name* ██ NIS-3 

TERRY understood that ██ NIS-3 was the Chief of Station (COS) of the NIS station at the ROK Embassy in Washington, DC. TERRY understood that ██ NIS-2 was the

██████

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of ████████ █ First Interview of SUE MI TERRY on
6/5/2023                                    , On  06/05/2023  , Page  3 of 30

previous COS, but may have also been a "Deputy" or "Acting" COS at one point
during their contact. TERRY recalled ▇NIS-2 as a very nice guy. TERRY
understood that both ▇NIS-3 and ▇NIS-2 were foreign intelligence officers.

TERRY recalled meeting ▇NIS-2 in Washington, DC during multiple instances in
2019. Many of their meetings were alone at high-end sushi restaurants such
as Sushi Taro on 17th Street. TERRY recalled receiving gifts from ▇NIS-2.
TERRY retorted that she did not need free meals and dined at many expensive
restaurants and Omakase all the time in New York City.

TERRY and ▇NIS-3 spoke regularly to include that morning of June 5, 2023. TERRY
called ▇NIS-3 to ask for the ROK government's support in funding a documentary
TERRY had produced titled Beyond Utopia about North Korean defectors. TERRY
wished to publicize the documentary and reached out to ▇NIS-3 in order to
garner support and attention. TERRY invited ▇NIS-3 to attend a private
screening of the documentary in Washington, DC scheduled for June 21, 2023.
▇NIS-3 had offered to speak with his agency, NIS, as well as to the ROK
Ambassador to the United States about funding the documentary. During the
call, TERRY and ▇NIS-3 discussed that there was a wealthy individual in Hawaii
who could provide funding.

TERRY understood that many of her fellow "Korea experts" in the community
met with NIS and they also obtained information from NIS. TERRY did not
consider it a concern to meet with ▇NIS-3 since she no longer held a security
clearance. TERRY advised that her colleague ████████, a professor at
████████, both meets with the NIS and the FBI.

TERRY had been in contact with the NIS for many years. TERRY had to deal
with five years of the MOON Jae-In South Korean Presidential administration
and MOON's policies. TERRY claimed she was critical daily of the MOON
administration and that NIS had regularly asked TERRY to not be so overtly
critical of MOON's foreign policy. TERRY claimed she was on a short list of
critics and felt a lot of pressure. TERRY's arguments pertaining to foreign
policy towards North Korea consistently included the "denuclearization" of
North Korea. However, towards the end of the MOON administration, TERRY
caved from the pressure primarily due to convincing arguments she received
from ████████. TERRY referenced a Magazine-1 article she jointly

FD-302a (Rev. 5-8-10)

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023                                    , On  06/05/2023  , Page   4  of  30

wrote with ▮▮▮▮ TERRY had since reverted back to her stance away from
Arms Control strategy pertaining to North Korea and regretted her brief
change in the policy position. TERRY maintained that her principal beliefs
had never been affected by her contact with NIS.

TERRY advised agents that she was scheduled to leave for South Korea on
Wednesday, June 7, 2023 to participate on a panel discussion at a conference
hosted by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and would return
to New York on Saturday, June 10, 2023.

TERRY advised ▮▮▮ was a South Korean think tank that was affiliated and
controlled by the NIS.

### Meeting NIS-3 at Nobu DC in January 2023

TERRY recalled meeting with NIS-3 on January 10, 2023 at Nobu DC, a sushi
restaurant located in Washington, DC. TERRY recalled the information she
provided was "not crazy information" and was "widely known." TERRY did not
remember specifics of the meeting or details of their discussion. TERRY
believed she may have spoken to NIS-3 about her upcoming Magazine-1
article, yet did not recall NIS-3 making suggestions. TERRY stressed that her
analysis and judgement wasn't affected by NIS-3.

*[Agent's Note: Agents showed TERRY a photograph array of TERRY and NIS-2 at*
*Neiman Marcus in Washington, DC on November 13, 2019 referenced as a digital*
*1A attached with the filename 20230605_CCTV_Handout.]*

TERRY confirmed that she recalled this meeting and that NIS-2 bought her a
handbag during the encounter. TERRY asked if it was a problem to meet with
an intelligence officer from an allied country. TERRY expanded that she did
not need these gifts, that she did not use them, and she had many expensive
handbags sitting in her closet.

Upon Agent's specific question, TERRY believed NIS-3 was the first to mention
to her the term and concept of a "Nuclear Consultative Group" which she
believed made sense given the context and she used it in her January 2023
Magazine-1 article.

FD-302a (Rev. 5-8-10)

█████████

Continuation of FD-302 of ████████ First Interview of SUE MI TERRY on 6/5/2023 , On 06/05/2023 , Page 5 of 30

### April 18 Event: Part 1

Upon Agent's specific question, TERRY responded that her April 18, 2023 event ("April 18 Event") regarding the US-ROK alliance at Think Tank-3 was funded by the ROK Embassy in Washington, DC.

Upon Agent's specific question, TERRY advised the ROK Embassy funded the April 18 Event with $10,000. TERRY later corrected that the funding amount was more than $10,000 but was unsure of the exact amount. TERRY offered it could have been $30,000 and that she did discuss the funding of the event and its coordination with ███ in his capacity as NIS.

### 2022 Happy Hour: Part 1

TERRY recently organized and taught a "Korean Masterclass" last week [Agent's Note: June 1-2, 2023], at Think Tank-3 for U.S. Congressional staffers. TERRY had also taught classes for the intelligence community since leaving the Central Intelligence Agency (CIA). TERRY also organized and taught a "Korean Masterclass" the previous year in July 2022 at Think Tank-3 ███. The July 2022 instance of the Korean Masterclass also included a "Happy Hour" ("2022 Happy Hour") organized, funded, and hosted by ███ that immediately followed the 2022 instance of the Korean Masterclass. TERRY recalled that ███ brought colleagues from the Embassy and that some were "probably" intelligence officer(s) because he was "always working someone." TERRY agreed to Agent's statement that allowing ███ to participate in the 2022 Happy Hour was like "...bringing the wolf in..." given these Congressional staffers were not as savvy in intelligence work as herself. TERRY confirmed that ███ paid the full expense of the 2022 Happy Hour.

### April 18 Event: Part 2

TERRY confirmed that the April 18 Event had █████████ and ████ ████ displayed overtly as the event's sponsors, yet the ROK Embassy funded the event. TERRY added that when the ROK Embassy funded events, they do not request a banner and it is not common for her to identify "every sponsor" for a given event she organized. TERRY claimed the topics covered at the event were not sensitive and pertained to "supply chains." TERRY recalled that ███ had an "opinion" on the April 18 Event's panel discussion topics

FD-302a (Rev. 5-8-10)    ███████████████

Continuation of FD-302 of ███████  First Interview of SUE MI TERRY on 6/5/2023 , On  06/05/2023 , Page  6 of 30

and panelists.

Upon Agent's specific question, TERRY did not recall if there was a "one-page memo" attached to the ROK Embassy's check for the April 18 Event. TERRY retorted "it was not like that…" and referenced ███Think Tank-3███ did not require such a memo for the April 18 Event. TERRY did not speak to ██NIS-3 about the details of how the ROK Embassy would fund the event except that a check would be made available by the Embassy. TERRY did not know the details of how ██NIS-3 drafted the check or what bank account it originated.

██NIS-3 had suggested utilizing a South Korean-based think tank to co-host the April 18 Event such as ████ TERRY had participated in events with ████ in the past, yet TERRY wished to pair with a think tank of a higher reputation. TERRY advised the April 18 Event was "my [TERRY's] event" and "CI people" do not understand how foreign policy worked. ████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

SECSTATE OTR Meeting: Part 1

Upon Agent's specific question, TERRY recalled attending an off-the-record (OTR) meeting ("SECSTATE OTR Meeting") with the Secretary of State (SECSTATE) at the Department of State's (DOS) main building in Washington, DC with other outside-of-government experts regarding foreign policy towards North Korea in June 2022. TERRY recalled fellow Korea expert ████████ was present along with non-proliferation experts ████████ , ████████ , and "China expert" ████████ . After this meeting, TERRY had a meeting with ██NIS-3 and told him about general details from the meeting.

TERRY asked Agents if she needed a lawyer or if she was in trouble.

*[Agent's Note:  Agents advised TERRY that they could not answer this question or give her advice on seeking a lawyer. Agents were conducting a counterintelligence investigation]*

Policy Views & NIS Gifts

TERRY reiterated her policy views had not changed based on the ROK

FD-302a (Rev. 5-8-10)

██████████

Continuation of FD-302 of ███████  First Interview of SUE MI TERRY on 6/5/2023 _____ , On __06/05/2023__ , Page  7 of 30

administration that was in power at a given time.

*[Agent's Note: Agents provided another candor warning. Agents showed TERRY a photograph array of TERRY and ███ at Louis Vuitton in Washington, DC on April 16, 2021 referenced as a digital 1A attached with the filename 20230605_CCTV_Handout. Agents provided another candor warning to TERRY.]*

TERRY agreed the perception of receiving these gifts from NIS posed a risk to her appearance of objectivity. TERRY agreed that her receiving gifts from the NIS reflected poorly on her and that it was a mistake to accept these gifts from the NIS. TERRY added that she now believes it was stupid to accept these gifts, especially because she does not need these gifts and had lots of fancy bags.

Agents asked TERRY if ███████ would be returning soon for which TERRY confirmed "any minute" *[Agent's Note: FBI believes ██████ co-habitants with TERRY and they both reside and own the home].* Agents offered TERRY to continue the interview at a hotel suite a few blocks away and that continuing the interview was voluntary. TERRY relayed to Agents that she was concerned with how to explain to ██████ why the FBI was at their home and TERRY would be leaving with Agents. TERRY asked Agents if they had any suggestions for what to tell ██████ After an exchange of ideas between TERRY and Agents, TERRY planned to inform ██████ that the FBI needed TERRY for a national security matter related to her being hacked by North Korea. TERRY agreed to proceed to the hotel with Agents and departed the room to change her clothing.

Agents asked, and TERRY agreed, to leave her iPhone in the room where the interview was being conducted while she left the room to change her clothes. TERRY asked, and Agents agreed, not to touch TERRY's iPhone while she was not in the room. *[Agent's Note: Agents complied with TERRY's request and did not touch the iPhone while TERRY was not present.]*

*[Agent's Note: While TERRY had left the room to change, ██████ entered the apartment along with three New York Police Department (NYPD) officers who were dressed in NYPD jackets with no displayable firearms.*

*By way of background, NYPD was present outside of the apartment building for*

FD-302a (Rev. 5-8-10)

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____ , On 06/05/2023 , Page 8 of 30

Agent safety. NYPD later informed Agents they followed ███ in order to
deescalate the pending encounter with FBI.

Upon ███'s entering of the home, Agents provided their identities,
displayed their credentials, and TERRY explained to ███ that she was needed
by the FBI for a few hours. Upon ███ and TERRY asking why NYPD was present,
Agents explained that FBI alerted NYPD that FBI was conducting an interview
in the area and since this was uncommon in such a low-crime area, NYPD was
present in the vicinity and was uninvolved in the interview. Agents and
TERRY departed TERRY's home on or about 9:42am where NYPD officers were no
longer observed for the duration of this interview. TERRY voluntarily
traveled with Agents by foot to the hotel located at ████████████ , New
York, NY 10023, approximately four city blocks from her home. Prior to
departing TERRY's home and upon Agents' asking, TERRY agreed to place her
iPhone in a Faraday bag provided by Agents in order to limit the iPhone's
signal and muffle its ability to collect audio. TERRY placed her iPhone into
the bag and TERRY carried the iPhone while inside the bag from her home to
the hotel where it remained within the bag until she used the iPhone on or
about 9:59pm inside the hotel suite.]

While ███ was present and in front of Agents, TERRY disclosed to ███ that
the FBI needed TERRY for a national security matter and that she would be
leaving with Agents for an unspecific timeframe. [Agent's Note: Agents never
informed or lead TERRY to believe that TERRY was needed by the FBI related
to a North Korea matter or her iPhone being hacked. TERRY relayed these
details to ███ for the sole purpose to conceal from ███ the FBI's true
purpose for the interview with TERRY. During TERRY's relaying of the ruse to
███, TERRY was previously informed by Agents that their purpose for the
interview was pertaining to TERRY's relationship with the NIS.]

<u>In Hotel Suite</u>

[Agent's Note: After an approximate five-minute walk by TERRY and Agents,
all entered a hotel suite on the 12th floor. During the walk, TERRY and
Agents engaged in non-pertinent small talk. Agents advised TERRY that she
was free to select her preferred seat within the suite, that the hotel
suite's door was unlocked, TERRY was free to leave at any time, and TERRY

FD-302a (Rev. 5-8-10)

█████████

Continuation of FD-302 of ███████ First Interview of SUE MI TERRY on 6/5/2023 _____ , On 06/05/2023 , Page 9 of 30

*was offered coffee, water, and/or food. TERRY asked Agents for water and a skim milk latte, yet refused food. SA █████████ departed the suite momentarily and returned with refreshments. TERRY was provided water, a skim milk latte, and an almond croissant in case she changed her mind on food. Agents provided TERRY another candor warning.]*

### 2022 Happy Hour: Part 2

TERRY was familiar with the intelligence concept of "spot and assess" and provided an accurate explanation that it was a mechanism for an intelligence officer to spot possible human sources and assess those sources for recruitment as a source. TERRY admitted it was "wrong" letting NIS pay for the Happy Hour after the Korean Masterclass in June 2022. TERRY stated she should have had Think Tank-3 pay for the 2022 Happy Hour instead of NIS-3. TERRY added that the expense of the Happy Hour was likely a small sum as the bill for the Happy Hour that occurred after the June 2023 Korean Masterclass where NIS did not participate was approximately $1,600. TERRY also recalled that NIS-3 provided black gift bags for the attendees of the 2022 Happy Hour. Think Tank-3 understood that the ROK Embassy paid for the Happy Hour and it was the "norm" for foreign embassies to pay for things at think tanks to include Think Tank-3 and her former employer Think Tank-2 ("TT-2") █████████ █ █████████ . TERRY advised that no one at Think Tank-3 █████ , neither the financial office or Congressional Relations (CR), voiced concerns about NIS-3 funding the 2022 Happy Hour. TERRY understood that NIS-3 introduced himself to others as a Minister from the ROK Embassy, and not as an NIS officer, while at the 2022 Happy Hour. In hindsight, TERRY believed this was a dumb choice.

TERRY understood that NIS-3 was an NIS intelligence officer under "official cover" and NIS-3 utilized his official cover as a Minister at the ROK Embassy when he interacted with others at think tank events in Washington, DC. TERRY had not informed others at Think Tank-3 or at other events that she and NIS-3 attended, that NIS-3 was an intelligence officer with the NIS.

### April 18 Event: Part 3

TERRY explained that Think Tank-3 is highly underfunded. TERRY was

FD-302a (Rev. 5-8-10)

███████████████████

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____ , On  06/05/2023 , Page  10 of 30

trying to expand Think Tank-3's Korea program and solicited sponsors.

TERRY admitted that she had discussions with NIS-3 earlier in 2023 regarding
NIS-3, and specifically NIS, funding TERRY's April 18 Event. TERRY admitted
that NIS-3 asked about specifics in planning the event. To support the funding
of the event, NIS-3 offered to have the event co-sponsored by a South Korean-
based think tank such as ████ to bring down the funding needed by Think Tank-3
████████ to hold the event. TERRY was not enthusiastic about using ████ TERRY
pushed back to NIS-3's request of ████ co-sponsoring the event because they
lacked the reputation and objectivity of other South Korea based think
thanks and there were others that had greater credibility and reputation.
TERRY had previously worked with ████ while at TT-2 and had a bad experience
many years ago. TERRY also had an unnamed friend who will soon be the head
of ████ During discussions with NIS-3 about funding the April 18 Event, TERRY
understood that NIS-3's reference of other South Korea-based think tank events
was an effort for NIS to facilitate funding the overall event. When TERRY
objected to involving ████ NIS-3 cited various other think tanks to include
████████████ and ████████████████ . However, NIS-3's arrangement of a South
Korea based think tank became moot because the ROK Ministry of Foreign
Affairs (MoFA) requested that TERRY use ROK Think Tank ("ROK TT")
████████████████ as the co-sponsor of the April 18 Event instead.
Based on MoFA's request, TERRY allowed ROK TT to become the co-sponsor.
*[Agent's Note: TERRY also referred to MoFA as Foreign Ministry (FM).]* TERRY
recalled that ROK TT was initially planning an event with a different U.S.-
based think tank for April 2022, but it fell through. Since ROK TT's funding
was already allocated for an event in April 2023, ROK TT had to spend these
funds, therefore it was easier for TERRY to accept ROK TT as the co-sponsor.
ROK TT brought their own group of identified experts to the April 18 Event.

*[Agent's Note: During the interview, TERRY advised Agents she needed to
attend a scheduled ZOOM meeting at 10:00am. TERRY stressed it was important
to join for a few minutes to make a few requests of her Think Tank-3
colleagues and then claim she had a scheduling conflict. Agents informed
TERRY she was free to conduct the ZOOM meeting in the hotel suite. TERRY
participated in the ZOOM meeting utilizing her iPhone from approximately
9:59am to 10:08am, thereafter TERRY continued the voluntary interview with*

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ███ 6/5/2023 ███ ___ First Interview of SUE MI TERRY on ___ , On  06/05/2023 , Page  11 of 30

Agents.]

Upon continuation of the discussion related to the funding of the April 18
Event, TERRY then admitted that ███ was an NIS-backed and affiliated think
tank and this was why it lacked objectivity and was TERRY's primary reason
why she wanted to avoid them as a co-sponsor for the event. After ROK TT
became the co-sponsor, NIS-3 stated that he would still provide support for
the April 18 Event to Think Tank-3 . TERRY assumed that this funding
came from NIS and not from the ROK Embassy or MoFA because NIS-3 was an NIS
intelligence officer, yet she wasn't completely sure. TERRY recalled that
NIS-3 left a bank check at the ROK Embassy. In turn, TERRY asked her Think Tank-3
███ colleague Kayla Orta to pick up the check at the ROK Embassy. TERRY
stated that Think Tank-3 picked up all checks, because checks tended to get
lost if they were mailed directly to Think Tank-3 . TERRY never saw the
check, but believed the check claimed to have come from the ROK Embassy and
was in the amount of $10,000 as TERRY recalled there was a $10,000 limit.

[Agent's Note: Agents provided another candor warning.]

TERRY did not notify ███ or any other Think Tank-3 employee that the funds
were from the NIS instead of the ROK Embassy.

TERRY confirmed that it was important for Think Tank-3 to remain
objective in its event programming and it was "all about the optics." TERRY
agreed that if others beyond TERRY knew that the NIS funded the April 18
Event, it would pose risk to Think Tank-3 's objectivity and reputation.

TERRY clarified that she now recalled that the NIS check to fund the April
18 Event was over $20,000, possibly a specific amount of $32,000 or $23,000.
TERRY now recalled the check had both a "2" and "3" in the amount. When ROK TT
became the co-sponsor, they recommended specific experts for the panel
discussions to include ███ from ███ . NIS-3 said he
would still support and fund the event despite these changes. However, TERRY
maintained that she would have proceeded with the event regardless of NIS-3 's
support. TERRY agreed it would be problematic if NIS had overtly sponsored
the event.

Korean Translation of Two Presidents, One Agenda

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of █████████ First Interview of SUE MI TERRY on 6/5/2023 _____ , On 06/05/2023 , Page 12 of 30

TERRY recalled that ███ and NIS provided funding on a separate matter as well. ███ funded the Korean translation of Think Tank-3 published book of essays from TERRY's event "Two Presidents, One Agenda" in May 2022 hosted at Think Tank-3 . TERRY recalled the overt sponsor for this event was ████████████████ . To the contrary, the ROK Embassy was not listed as a sponsor for the event or the published Korean translation of the book of essays. TERRY recalled that ██ s funding for the event was exhausted, so ███ provided funding to translate the book of essays into Korean. TERRY could not recall whose idea it was to have the translation completed. ███ provided a check in the amount of $11,000 from the ROK Embassy addressed to Think Tank-3 .

*[Agent's Note: Agents provided TERRY with the phrase Malign Foreign Influence and explained it was the idea of foreign governments influencing the U.S. government covertly through intermediaries like Think Tanks.]*

Employment & FARA

TERRY believed she had previously received FARA (Foreign Agent Registration Act) training.

TERRY was aware that Think Tank-3 was a part of the U.S. government and enacted by Congress. TERRY was not a federal employee, but a "trust employee" of Think Tank-3 .

TERRY agreed that any funds that ███ provided to TERRY or Think Tank-3 had come from the NIS and in ███'s capacity as an intelligence officer for the NIS.

Uninvited for State Visit & Cancelled VPOTUS Meeting

A week after the April 18 Event, TERRY was not invited to either the State Lunch or State Dinner at the White House as part of the ROK President YOON Suk-Yeol's State Visit to Washington, DC in April 2023. However, ████████ and ████████ both attended. ██ even attended both the lunch and dinner. TERRY now believed that the FBI may have been the reason behind her not being invited.

█████████

FD-302a (Rev 5-8-10)

Continuation of FD-302 of  First Interview of SUE MI TERRY on  6/5/2023  . On  06/05/2023  . Page  13 of 30

In addition to the State Visit, TERRY also assessed that the FBI may have been the reason her scheduled meeting with Vice President of the United States (VPOTUS) Kamala Harris was cancelled in fall 2022. TERRY was unsure if she told ███ about her pending meeting with VPOTUS, but TERRY added that she "probably" did. TERRY recalled that she was on a trip in Florida when she got notified about meeting with VPOTUS in the coming week or two. After TERRY was disinvited, she wondered why.

SECSTATE OTR Meeting: Part 2

TERRY reiterated her recollection of an off-the-record (OTR) meeting with the SECSTATE at the DOS main building in Washington, DC with other outside-of-government experts regarding foreign policy towards North Korea in June 2022. TERRY recalled she was joined by fellow Korea expert ███████; non-proliferation experts ████████ and ████████████; and China expert ██████████. TERRY informed ███ of this OTR meeting with SECSTATE in advance of the meeting but does not recall when or where. After this meeting, TERRY had a meeting with ███ and told him about general details from the SECSTATE OTR Meeting.

TERRY's CIA Employment

TERRY was previously employed by the Central Intelligence Agency (CIA) as an analyst. TERRY ended employment with the CIA in 2010.

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

TERRY recalled one article where she argued that the CIA had too many "contractors," TERRY relayed to Agents the term "green badges" to mean CIA contractors. ████████████████████████

████████████████████████████████████████ TERRY also made claims that

FD-302a (Rev 5-8-10)

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____ , On  06/05/2023 , Page  14 of 30

CIA regularly "overclassified" materials. TERRY continues to believe that the CIA over-classifies their documents. CIA claimed that TERRY revealed classified information in her article, but TERRY believed these were not substantive details.

[Agent's Note: Agents provided another candor warning.]



TERRY's 2014 FBI Interview

TERRY recalled being interviewed by FBI Agents in New York, NY in 2014. TERRY remembered providing the name of NIS-1 to FBI Agents as an NIS officer stationed in New York that TERRY had ongoing contact. [Agent's Note: NIS-1 is assessed to be NIS-1 _____ who was stationed at the ROK Mission to the

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of  First Interview of SUE MI TERRY on
6/5/2023 _____ , On  06/05/2023 , Page  15 of 30

*United Nations starting in June 2013 upon departing the U.S. in October*
*2016.] When* █████ *ended his assignment in New York, TERRY stopped talking to*
█████ *TERRY hasn't had any contact with NIS officers in New York since.*

*[Agent's Note: Agents provided another candor warning.]*

### Contact/Turnover with NIS

Upon Agent's prompting, TERRY clarified meeting with NIS intelligence
officer  NIS-3  and his replacement  NIS-3  in August 2020 at Estiatorio Milos in
New York, NY. TERRY recalled that when  NIS-3  was ending his three-year
assignment at the ROK Embassy,  NIS-3  brought  NIS-3  to introduce him to TERRY
during the COVID-19 pandemic. All three dined together. TERRY stated she
understood that if her NIS contact was leaving, NIS wanted to have a
"contact turnover" with his successor.

TERRY recalled having multiple meetings with  NIS-2  while in Washington, DC.
Although TERRY lived in New York, TERRY traveled regularly to Washington, DC
to conduct business for her employer. TERRY recalled meeting  NIS-2  in 2019 at
the sushi restaurant Sushi Taro on 17th Street. TERRY recalled primarily
meeting with  NIS-2  from the NIS at the time and that  NIS-2  gave TERRY a gift
at least once.

*[Agent's Note: Agents provided another candor warning. Agents showed TERRY a*
*photograph array of TERRY and* NIS-2 *at Neiman Marcus in Washington, DC on*
*November 13, 2019 referenced as a digital 1A attached with the filename*
*20230605_CCTV_Handout and a photograph array of TERRY and* NIS-3 *at Louis*
*Vuitton in Washington, DC on April 16, 2021 referenced as a digital 1A*
*attached with the filename 20230605_CCTV_Handout.]*

TERRY also recalled meeting  NIS-2 's NIS boss with the last name  ████  at the
time who was the COS at the NIS station at the ROK Embassy in Washington, DC
*[Agent's Note: Assessed to be* ████████████ *].* TERRY recalled  ████  as a fancy
dresser and TERRY believed that  ████  may have retired from the NIS.

In background, TERRY typically met with  NIS-3  at nice sushi restaurants in
Washington, DC to include the private room at Sushi Ogawa. Many of their
discussions involved talking about different Korea-related think tank

█████████████

FD-302a (Rev. 5-8-10)

███████████████

First Interview of SUE MI TERRY on

Continuation of FD-302 of 6/5/2023 _____ , On 06/05/2023 , Page 16 of 30

events, Korea foreign policy, as well as other things in life such as their children. In the past, ███ had complained about his boss. TERRY stated she did not differentiate between how she talked to ███ and other people and she treated ███ the same as other people.

### Access to USG Policymakers

TERRY advised that she did not share information to the NIS while she was at the NSC. TERRY claimed that she does not know many people and lacks influence. As TERRY has aged, she has learned to be more humble and believed she does not have influence or access to U.S. Government officials.

Upon Agent's asking if TERRY had contact with Deputy Assistant Secretary of State ███████ , TERRY explained she had not spoken to ███ for about two years.

TERRY responded that she was a prideful person, and she did not reach out to friends unless they reached out to her first. TERRY used to have a close relationship with ███ since they worked at the CIA together, however TERRY had not reached out to ███ for some time as ███ had not either.

*[Agent's Note: Agents provided candor warning.]*

TERRY recalled their recent contact was "last month" when ███ asked TERRY to not let a Russian expert have the last word on a panel that TERRY was moderating. TERRY responded to ███ that she could hold her own against the Russian and it wasn't her first time moderating. TERRY believed that ███ may have had contact with an NIS officer prior to ███ joining the DOS and while ███ was working at ██████████████ since NIS "talks to everyone," yet TERRY never confirmed ███'s contact with NIS. TERRY didn't know for sure and did not want to "get ███ in trouble." TERRY did not recall if ███ had asked TERRY's advice on how to handle meeting with the NIS after ███'s departure from the CIA and while she was in the think tank world with ██████████████ .

TERRY claimed she was not like ██████████ from ████████████ who TERRY knew was on the NIS "payroll" and that it was obvious given what he said and published.

███████████

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of ████████ First Interview of SUE MI TERRY on 6/5/2023 , On 06/05/2023 , Page 17 of 30

SECSTATE OTR Meeting: Part 3

TERRY admitted that ███ picked up TERRY outside of the DOS Main Building immediately after her meeting with the SECSTATE in June 2022. ██ picked up TERRY in his official diplomatic vehicle. While TERRY was in ███'s vehicle, ███ asked TERRY about the details of the meeting at DOS with SECSTATE. TERRY did not remember anything "remotely interesting" from the meeting. ███ asked what the other experts present said to the SECSTATE at the meeting. TERRY remembered recounting to ███ what ████████s position on North Korea was and that ██████ relayed it to SECSTATE in the meeting. TERRY remembered recounting to ███ that everyone maintained their same public position on North Korea while in the OTR meeting with SECSTATE. TERRY recalled that SECSTATE did not ask many questions, but took notes, and appeared brilliant and very nice. Overall, TERRY and the other experts provided their thoughts on policy positions for the U.S. to handle North Korea. Much of the meeting was off the cuff. TERRY recalled that oftentimes when she met with ███ that he would take notes during their meetings, yet TERRY was unsure if ███ took notes during their meeting in the car following the OTR meeting with SECSTATE.

TERRY claimed that she was not an influential person and did not have access to sensitive or classified information.

*[Agent's Note: Agents provided another candor warning. Agents relayed that TERRY is seen as a former CIA officer and well respected Korea expert who U.S. Government (USG) officials may divulge non-public information to and may be influenced by TERRY's opinions and analysis. Agents asked TERRY if she understood what the term "foreign intelligence" meant given her time with the CIA. TERRY paused, Agent provided explanation of the term as the "non-public plans, policies, and intentions of a foreign government." Agents added that this was not necessarily classified information, but helpful to foreign intelligence services.]*

TERRY agreed that the term foreign intelligence (FI) meant the non-public plans, policies, and intentions of a foreign government.

TERRY agreed that she provided non-public information to ███ about the off-

the-record meeting with the SECSTATE.

### Funding "Beyond Utopia"

TERRY stated that she last spoke to ███ "this morning" before the FBI arrived at her apartment. TERRY held a voice call with ███ via the Signal app on her iPhone. TERRY was a producer for the documentary movie "Beyond Utopia" and wanted the Koreans to help support distributing the movie. TERRY had asked for both ███'s support as well as the ROK Embassy's support in funding the movie so that it can be distributed to the public. The documentary is about North Korean defectors. The movie is not currently out, but TERRY invited ███ to a private showing of the movie in Washington, DC on June 21, 2023. ███ offered to speak with the ROK Ambassador about funding the movie's distribution. TERRY said she really needed to raise money for the movie quickly *[Agent's Note: TERRY appeared very passionate about producing the movie and obtaining distribution for public viewers.]* ███ had previously offered to fund the movie.

### 2022 Happy Hour: Part 3

Upon Agent asking if her conduct with regard to the 2022 Happy Hour following the 2022 Korean Masterclass was an issue, TERRY responded that her facilitating NIS's access to the 2022 Happy Hour with Congressional Staffers was a "stupid mistake."

TERRY stated that prior to the 2022 instance of the Korean Masterclass provided to U.S. Congressional staffers that was hosted at Think Tank-3 and for which TERRY organized, both ███ and ███ agreed that a 2022 Happy Hour would be a good option for a reception to end the Masterclass. ███ asked to host the reception that turned into a 2022 Happy Hour at a nearby restaurant.

TERRY recalled her Think Tank-3 colleague ███████ was present at the 2022 Happy Hour. TERRY understood that ███ did not know that ███ was an NIS intelligence officer. TERRY was not close with ███. TERRY was ███'s boss, however TERRY felt as if ███ treated TERRY like ███ was the boss of TERRY, therefore they had a difficult relationship. TERRY added that it was the norm for Think Tank-3 not to discuss who had intelligence contacts or

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of ██████████ First Interview of SUE MI TERRY on
6/5/2023 _____ , On  06/05/2023 , Page  19 of 30

affiliations.

*[Agent's Note: Agents provided another candor warning.]*

TERRY stated that a ██Think Tank-3██ delegation traveled to Seoul, South Korea
in January 2023 that included an intelligence briefing at the NIS
Headquarters (HQ) in Seoul. ██NIS-3██ organized the NIS intelligence briefing for
the delegation where TERRY organized the delegations travel to South Korea.
TERRY never disclosed her relationship with ██NIS-3██ to either employees of the
██Think Tank-3██ or the delegation that TERRY organized to travel to Seoul in
January 2023. Also, ██NIS-3██ did not travel with TERRY on the trip to Seoul with
the delegation. TERRY did not recall any other contact with NIS on the trip
besides the visit to NIS HQ. TERRY recalled that ██Think Tank-3██ President
██████████ was the head of the delegation and he did not interact with much
of the Koreans besides the scheduled events. TERRY did not facilitate any
side meetings with NIS with the rest of the delegation. During the trip,
██████ acted like an Ambassador. ██████ was simple, from the Midwest, and
happy to eat a burger and head to bed on a given evening. Therefore, there
were not extracurricular events at Karaoke Rooms or late-night drinking.
TERRY stated that ██NIS-3██ did not arrange an airline seat upgrade for any of the
delegation members. TERRY caveated that she was not sure if ██NIS-3██ or the NIS
had contacts at the Korean airlines and that may have resulted in certain
delegation members receiving seat upgrades. TERRY attested that she did not
have any conversation with ██NIS-3██ about seat upgrades on the 14-hour flight
from the U.S. to Seoul.

TERRY recalled meeting with ██NIS-3██ at the Washington, DC sushi restaurant Nobu
DC in January 2023, yet she could not recall the specific night or details.
TERRY recalled speaking to ██NIS-3██ about her upcoming ██Magazine-1██ article.
TERRY did not recall ██NIS-3██ providing talking points or making suggestions for
what TERRY should write about for the article, citing that was not how
writing for ██Magazine-1██ worked. TERRY explained one did not know when
the opportunity to write for ██Magazine-1██ would arise. TERRY maintained
that she had never changed her position or analysis and it did not matter
which South Korean regime was in power or who she was in contact with. TERRY
believed ██NIS-3██ provided valuable intelligence and sources that corroborated
her positions. ██NIS-3██ provided sources that had helped TERRY write articles.

█████████████

FD-302a (Rev. 5-8-10)

██████████████

Continuation of FD-302 of  ██████████ ██  First Interview of SUE MI TERRY on  _____ ,On  06/05/2023 ,Page  20 of 30
6/5/2023

TERRY believed this was similar to a research assistant. TERRY believed she
used ██ to help obtain information.

*[Agent's Note: Agents provided another candor warning.]*

TERRY now recalled that ██ was the first person to bring her attention to
the idea of a "Nuclear Consultative Group" between the U.S. and South Korea
as a manner of sharing nuclear strength on the Korean Peninsula to counter
the North Korean threat. ██ provided the concept to TERRY and ██ cited
that the idea originally came from the ████████████████████████████.
██ brought up the idea and TERRY believed it made sense. TERRY utilized ██
for intelligence to support her articles as she did not have the ability to
verify intelligence as she no longer had access to classified information.
TERRY provided ██ a draft of her January 2023 Magazine-1 article.
TERRY used information from ██ to support her analysis. TERRY advised that
she was aligned with the principles of the South Korean government for the
first time in a long time. TERRY cited the frustration of the five years
during the Presidential administration of MOON Jae-In. TERRY added that
regardless of what she wrote, Magazine-1 would never allow TERRY to
write anything that appeared like government talking points or was
propaganda.

TERRY had visited the NIS HQ in Seoul, South Korea many times over the last
few years. TERRY recalled visiting the NIS HQ with fellow Korea expert ██
████ who is a very simple and well-intentioned individual. TERRY would
not be surprised if ██ had contact with the NIS. ██ had
maintained his same thinking on foreign policy and national security
matters. TERRY could easily recite his policy positions and analysis as it
had stayed the same.

### Contact with U.S. Congress

TERRY had recently met with two different members of the House of
Representatives and had also testified before Congress in the past
pertaining to North Korea. TERRY had not recently met a Senator. TERRY
recently had a 15-minute meeting with U.S. Representative ██. TERRY
had met and exchanged text messages with U.S. Representative ██.

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of ████ First Interview of SUE MI TERRY on
6/5/2023                        , On  06/05/2023  , Page  21 of 30


TERRY stated she did not speak with ██████ about how it would be a good
idea for YOON to make a speech before a joint session of Congress. ███ had
not been involved with her contact with Congress.

*[Agent's Note: Agents provided another candor warning.]*

### TERRY as an NIS Agent

TERRY confirmed that she spoke with ███ via the encrypted messaging app
Signal. TERRY primarily spoke with ███ via the Signal app and in person when
she traveled to Washington, DC. TERRY added that she talked to "everyone" on
Signal.

TERRY did not believe she had been given a code or code name by the NIS, yet
if she had a code name it would be "Tsunami." *[Agent's Note: TERRY's
suggestion of the code name Tsunami was in jest.]*

TERRY believed she didn't have anything to give NIS. TERRY didn't believe
her relationship with the NIS was private and they met in open restaurants,
even if they were occasionally in private rooms.

TERRY may have emailed ███ a long time ago, their contact was now primarily
Signal and in-person discussions.

Based on a recap of the information Agents had provided, TERRY believed she
may have been a human source for ███ and the NIS.

TERRY asked for Agents help in ending the relationship with ███ TERRY
advised she had a scheduled trip to South Korea later in the week, but was
also hosting a Congressional delegation to South Korea later in June 2023
that was to include an intelligence brief at NIS HQ. TERRY was open to
canceling the brief but was worried it could create issues with her
contacts. It was not possible to cancel the entire trip due to funding.
TERRY had not arranged a social component of the trip with ███ and the NIS
beyond the visit to NIS HQ for the briefing.

TERRY confirmed she was asked by ███ to share the details of her prior
meeting with the U.S. Ambassador to Japan ██████████ during their meeting

████████████

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ███████ First Interview of SUE MI TERRY on ___ 6/5/2023 ___ , On __06/05/2023__ , Page __22 of 30__

at Nobu DC in January 2023. TERRY advised ███ that ████ was a "really cool guy" and shared details of what █████ had shared with TERRY among other think tank colleagues. TERRY said this was "not crazy information" that she relayed to ███.

### April 18 Event: Part 4

In January 2023, ███ and TERRY discussed ███'s funding a Think Tank-3 event and ███ asked that the event be scheduled before YOON's State Visit to the U.S., as timing was everything for the most impact for the event. This event later became the April 18 Event regarding the US-ROK alliance. ███ asked to fund the April 18 Event. TERRY arranged for ███ to provide a check to the Think Tank-3 as a grant from the ROK Government would have taken weeks. The event would have been substantially more to fund, yet ███ suggested having a South Korean think tank involved so they could share the funding burden. TERRY preferred receiving a check from the Embassy without a grant because TERRY would have more control over the programming. ███ first suggested utilizing ████ as a co-sponsor for the event, but this fell apart when ██████ was identified as needing to sponsor an event in April. Initially, ███ asked TERRY for ████ to co-sponsor with Think Tank-3, then after TERRY pushed back, ███ suggested ██████████ or █████████. TERRY assumed that ███ probably had a relationship through NIS with these South Korean-based think tanks, but did not know for sure. TERRY did not know how NIS would help fund the South Korean-based think tank nor was she concerned with the details. TERRY was only concerned with getting her money from NIS for the April 18 Event. TERRY relayed that the April 18 event was not sensitive and they merely spoke about "supply chain."

TERRY agreed to ███'s request that NIS fund Think Tank-3 ██'s portion of the April 18 Event. If Think Tank-3 were to directly and explicitly ask TERRY, who the funder was for the April 18 Event, she would not lie and she would respond that it was NIS. Think Tank-3 never asked this explicitly.

*[Agent's Note: The interview paused for TERRY to take a bathroom break from approximately 11:45am to 11:55am. After resuming the interview, Agents asked for TERRY to consent to Agents searching her iPhone. TERRY refused consent and cited that she needed her phone to be in contact with her family. TERRY*

FD-302a (Rev. 5-8-10)

█████████████

Continuation of FD-302 of ████████   First Interview of SUE MI TERRY on 6/5/2023 _____ , On _06/05/2023_ , Page _23 of 30_

*was reminded that the interview was voluntary and she was free to leave at any time. Agents provided another candor warning.]*

Upon Agent's direct question, TERRY did not tell ███Think Tank-3███ that ███NIS-3 and the NIS funded the April 18 Event. TERRY did not provide this fact to ██Think Tank-3██ because she believed it would pose a problem with the ██Think Tank-3██ and would risk the appearance of ███Think Tank-3███'s objectivity. In TERRY's mind, she always planned to do an event in spring 2023 and ██NIS-3 simply asked to pay for the event. When ██NIS-3 asked to pay for the April 18 Event, TERRY understood this to mean that ██NIS-3 was funding the event from NIS. TERRY never saw the check addressed to ███Think Tank-3███ that ██NIS-3 provided from NIS. Instead, TERRY instructed ████████ to pick up the check from the ROK Embassy. Given this, TERRY understood that ███ believed the check came from the ROK Embassy and not NIS. TERRY only told ████ about the ROK Embassy check, so TERRY assumed that ████ relayed to others that the check to ██Think Tank-3 ████ came from the ROK Embassy, not the NIS. TERRY believed the check originating from either the ROK Embassy or the NIS was the same, but agreed that if it were known the check actually came from the NIS, it would be bad "optics" for ██Think Tank-3██. TERRY stated it was a big mistake for her to arrange NIS to fund the April 18 Event at ███Think Tank-3███. TERRY did not believe ███ had the ability to influence TERRY's handling of the April 18 Event even though ███ funded the event.

### 2022 Happy Hour: Part 4

In response to Agents direct question, TERRY responded "yes" that ██NIS-3 asked to pay for the 2022 Happy Hour. TERRY confirmed that ██NIS-3 in fact did pay for the 2022 Happy Hour following the July 2022 instance of the Korean Masterclass for Congressional staffers. TERRY recalled that ██NIS-3 was at the bar with her and the Congressional staffers.

### SECSTATE OTR Meeting: Part 4

TERRY's scheduled participation in the OTR meeting on North Korea with SECSTATE at DOS came up "naturally" between TERRY and ██NIS-3. After learning this, ██NIS-3 asked TERRY if they could meet after her meeting with SECSTATE so that ██NIS-3 could obtain the details of the meeting. ██NIS-3 phased this request in

█████████████

FD-302a (Rev. 5-8-10)



First Interview of SUE MI TERRY on

Continuation of FD-302 of 6/5/2023 _____ , On 06/05/2023 , Page 24 of 30

an indirect way, but TERRY understood it to mean that ▓▓ wanted the details
of what occurred at the SECSTATE meeting. Again, TERRY stated that she
provided details to ▓▓ about what each expert stated to the SECSTATE during
the meeting, but TERRY assessed this information to be insignificant. TERRY
added, ▓▓▓▓▓▓▓ was being ▓▓ and ▓▓▓▓▓▓ was pushing
nonproliferation talking points. Specifically upon ▓▓'s asking, TERRY
provided ▓▓ what each one of the experts said to SECSTATE. TERRY could not
recall who took notes at the meeting, but TERRY did not take notes. It was
possible that maybe ▓▓▓▓▓▓▓ took notes. TERRY recalled that ▓▓▓
▓▓ brought "charts" to the meeting.

### U.S. Congress Attempted Influence

In the lead up to YOON's State Visit to the U.S. in April 2023, the South
Korean Ambassador to the U.S., the Deputy South Korean Ambassador to the
U.S., and ▓▓ had pushed heavily on U.S. Congress to invite YOON to speak
before a joint session of Congress during YOON's State Visit. Each of these
South Korean officials would state to TERRY, "wouldn't it be lovely" and
encourage TERRY to recommend this to congresspeople. TERRY would regularly
say "yes" or "sure" to their requests, yet did not intend to see those
requests through. During this timeframe, TERRY met both ▓▓▓▓▓ and ▓▓
▓▓, but TERRY never spoke to them about suggesting that Congress should
allow YOON to speak before a joint session of Congress.

Specifically, TERRY recalled a lunch forum for Korean Americans celebrating
the 70th anniversary of the US-ROK alliance where TERRY was the keynote
speaker held at the Rayburn House Office Building on Capitol Hill. TERRY
believed she briefly met ▓▓▓▓▓ at the lunch forum because he showed up
late and left early. TERRY remarked that the event was "lame" and full of
"ajummas" and TERRY provided a "lame" story in her speech. *[Agent's Note:
"ajumma" is the Korean term for a middle-aged female and likely used in the
pejorative sense in this context.]* Prior to her participation in the lunch
forum, TERRY recalled that ▓▓ "harassed" TERRY about influencing ▓▓▓▓▓
and ▓▓▓▓▓. Even though TERRY agreed to this request by ▓▓, she did not
have an opportunity to speak with ▓▓▓▓▓ due to the nature of the event
and ▓▓▓▓▓ s limited time at the event. To the specific question by Agent,
TERRY stated she did not have a side conversation with ▓▓▓▓▓ where she

FD-302a (Rev. 5-8-10)

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____ , On 06/05/2023 , Page 25 of 30

recommended that YOON be invited to address a joint session of Congress.
*[Agent's Note:* ▉▉▉▉▉, *U.S Representative* ▉▉. ▉▉▉▉▉, *U.S*
*Representative* ▉▉▉.*]*

Upon Agent's direct question, TERRY asserted that she did not bring up the
suggestion of YOON addressing a joint session of Congress to ▉▉▉▉▉▉
either. TERRY added that ▉▉▉▉▉ also arrived late and left early during
the lunch forum.

Overall TERRY did not remember what she said back to ▉NIS-3▉ based on his
demands to influence members of congress. TERRY stated that she maybe
reported back to ▉NIS-3▉ that she did relay the message to ▉▉▉▉▉ as a lie so
that ▉NIS-3▉ would get off her back. TERRY sometimes would just say "yes" and
lie to the Koreans' demands to evade their pressure and get them off of her
back when they asked for things over and over again.

                        TERRY as an NIS Agent

To Agent's question, did ▉NIS-3▉ ask for you to organize the 2022 Happy Hour to
facilitate NIS's access to Congressional staffers, TERRY responded "yes."

To Agent's question, did ▉NIS-3▉ and his NIS colleagues speak with Congressional
staffers at the 2022 Happy Hour, TERRY responded "yes."

To Agent's question, did ▉NIS-3▉ or NIS continue contact with any of the
Congressional staffers after the 2022 Happy Hour, TERRY responded that she
did not know.

To Agent's question, did anyone at the 2022 Happy Hour relay their concerns
about ▉NIS-3▉ or his NIS colleagues, TERRY responded "no."

To Agent's question, did anyone other than TERRY know that ▉NIS-3▉ and his
colleagues were NIS, TERRY responded "no."

TERRY added that she did not advertise her relationship with ▉NIS-3▉ or the ROK
Embassy with others. TERRY had not told others at Think Tank-3 or anywhere
else that she meets with ▉NIS-3▉.

To Agent's question, has ▉NIS-3▉ asked you to do things and you've completed

FD-302a (Rev. 5-8-10)

████████████          ██████████████

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____ , On 06/05/2023 , Page 26 of 30

those requests, TERRY responded "yes."

TERRY offered to show Agents her Signal messages with ██████ [Agent's Note: *Images capturing these Signal messages are attached hereto as a digital 1A package.*]

*[Agent's Note: During Agents review of the Signal messages, TERRY was reminded not to delete any messages moving forward as this may be considered as obstruction of justice.]*

TERRY added that she needed to leave for Korea this coming Wednesday to speak at a conference and would return to New York on Saturday.

TERRY volunteered that ██████ provided TERRY with information.

*[Agent's Note: Agents provided another candor warning. Agents recapped that TERRY, earlier in the interview, advised that she left on bad terms with the CIA partly due to her contact with NIS. Additionally, TERRY had been interviewed by the FBI in 2014 about her contact with NIS. However, TERRY continued contact with NIS and it appeared that TERRY may be a source of information and an agent of influence for the NIS given her access to USG policymakers.]*

To Agent's question, are you a source for NIS, TERRY responded "yes."

TERRY added that she did not have access to classified information. TERRY agreed that she did have access to non-public information that was of value to the NIS.

Agent make the following statement, you've been tasked to get non-public information from a SECSTATE meeting back to ██████, you were tasked to provide access to Congressional staffers for ██████ and ██████ funded your April 18 Event without Think Tank-3 knowing.

TERRY then yelled, "OKAY FINE, SUE WAS A BAD GIRL," "WE'VE ALREADY ESTABLISHED THAT," TERRY asked to stop bringing up these things, and asked for Agents to switch subjects to move into "problem solving mode" regarding her contact with ██████

FD-302a (Rev. 5-8-10)

███████████████

Continuation of FD-302 of ████████ First Interview of SUE MI TERRY on 6/5/2023 , On 06/05/2023 , Page 27 of 30

TERRY shared that she now wished to uninvite ████ from the private showing of "Beyond Utopia" and wanted Agents' advice.

*[Agent's Note: Agents advised that they were unable to tell TERRY what to do and that TERRY was not an FBI source.]*

To Agent's question, why do you meet with NIS, TERRY responded that she did not do it for the gifts as she already had a high-end lifestyle and was wealthy. In her mind, she met with ████ because he had access to intelligence that she did not since she no longer had a clearance. TERRY wanted to know what ████ thought and ████ had access to information through his security clearance that could help her.

To Agent's question, why did NIS meet with you [TERRY], TERRY responded that ████ was able to promote South Korean agenda and interests through TERRY.

To Agent's question, what specific things did ████ have you do, TERRY responded that ████ paid for the April 18 Event and that the ROK Foreign Ministry paid ████ so that they could be the co-sponsor for the April 18 Event hosted at Think Tank-3 . ████ paid for the Korean translation of the book of essays from the Two Presidents, One Agenda event that TERRY organized for Think Tank-3 in May 2022 through a check from the ROK Embassy. ████ paid for the 2022 Happy Hour following the 2022 Korean Masterclass event in order to obtain access to Congressional staffers. TERRY told ████ non-public information during her participation in the June 2022 OTR meeting with SECSTATE.

TERRY then exclaimed again "SUE WAS A BAD GIRL" and that these were bad mistakes and judgement. TERRY added that despite these mistakes she had not changed her opinion or analysis pertaining to Korea foreign policy and security issues therefore she believed much of this was harmless.

To Agent's question, what have you asked of ████, TERRY responded that she asked ████ about funding her movie "Beyond Utopia." Separately, they discussed how it may be possible for a wealthy private citizen who lives in Hawaii to help fund the movie.

*[Agent's Note: At this point in the interview, TERRY would no longer provide*

FD-302a (Rev. 5-8-10)

███████████████

                              First Interview of SUE MI TERRY on
Continuation of FD-302 of ██████ 6/5/2023 _____, On  06/05/2023 , Page  28 of 30

specific answers to questions and complained that Agents questions were
becoming repetitive.]

TERRY exclaimed that "we have already established that I [TERRY] made bad
mistakes."

[Agent's Note: At this point in the interview, Agent asked to review the
Signal messages with ███ once more. TERRY provided unlocked iPhone to Agent.
Agent then handed TERRY a Search Warrant for her person to include her
iPhone.]

TERRY stated that the Agent was sneaky and appeared upset Agent previously
asked to search her phone but had a Search Warrant in hand. TERRY admitted
she would have provided her iPhone initially if she knew Agent had a Search
Warrant.

[Agent's Note: Agents explained to TERRY that Agents wanted to give TERRY
the opportunity to provide consent before compelling a search of the
iPhone.]

TERRY stated, "I'm starting to think based on your questions...do I need a
lawyer?"

[Agent's Note:  Agents advised TERRY that they could not answer this
question or give her advice on seeking a lawyer. Agents added their
questions are meant to understand how far ███ would go in his actions.]

Upon asking, TERRY provided the passcode to her iPhone as "██████,"

Upon Agents asking, TERRY advised that the two handbags she received as
gifts from NIS, the blue Louis Vuitton bag and the grey Bottega Venetta bag
were at her home. TERRY added that she had returned the Max Mara coat that
███ gifted her in November 2019 and exchanged it for a Dior coat. TERRY was
unsure if she still had the Dior coat and might have sent it for resale via
the "Real Real" online secondhand reseller.

Upon Agents asking, TERRY advised that ███ was scheduled to leave over the
summer and they had yet to set up their next meeting.

FD-302a (Rev. 5-8-10)

█████████████

First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023                                    , On  06/05/2023  , Page  29 of 30

TERRY was unsure how ███Think Tank-3███ would handle TERRY's conduct. TERRY
responded that she was unsure how ██Think Tank-3██'s President █████████ would
handle the situation.

*[Agent's Note: At this point in the interview, Agent gave TERRY the
opportunity to consent to a search of her apartment so that Agents could
conduct a diligent search that included the gifts that NIS provided TERRY in
the past and a search of her electronic devices.]*

TERRY consented to a search of TERRY's apartment as long as she could
explain an alternate reason to ██Partner██ TERRY signed an FD-26 (Consent to
Search) form and handwrote "███ ███ █████████ NY NY 10024" in the places to
be searched section. The signed FD-26 is attached hereto as a 1A package.

TERRY added that ██Partner██ does not know about her relationship with ██NIS-3██ TERRY
asked Agents to advise on a plausible excuse for why the FBI needed to
search TERRY's apartment.

*[Agent's Note: At this point in the interview, Agents allowed TERRY to make
a call to one of her children. Following the call, Agents allowed TERRY to
make a call to ██Partner██ on her iPhone at approximately 1:10pm.]*

TERRY made a voice call to one of her children on speakerphone. TERRY asked
for her child's whereabouts and requested he meet her at the gym at later
time given the FBI had to enter the residence for a reason she would explain
later. TERRY then made a second voice call to ██Partner██ on speakerphone. TERRY
requested that ██Partner██ immediately vacate the apartment as the FBI needed to
sweep the apartment for a "bug."

*[Agent's Note: At approximately 1:30pm, TERRY and Agents departed the hotel
room and walked the approximately four blocks back to TERRY's apartment.
TERRY opened the door for Agents and escorted Agents through the apartment.
During the walk to TERRY's home, SA █████████ asked pertinent questions
documented in a FD-302 under separate cover.]*

<u>Back Home</u>

TERRY entered her home with Agents on or about 1:39pm. TERRY walked to her

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

████████████████  First Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____ , On 06/05/2023 , Page 30 of 30

office area and placed the following electronic devices on her desk and
connected to power supply. For each of these devices, TERRY provided the
password or passcode on a sticky note. The devices placed on the desk and
password/codes are as follows:

- iPad with passcode "██████"
- Apple desktop computer with password "████████"
- Dell Latitude 7480 with username "sue.terry@Think Tank-3.org" and
  password "██████████████"
- Pink MacBook Air with password "████████"

TERRY then walked with SA ████████ and SA ██████████ to her bedroom.
TERRY retrieved from her bedroom's closet, one blue and red Louis Vuitton
branded purse that she had previously accepted as a gift from NIS-3 and one
grey Bottega Veneta bag with yellow-colored metal strap that she had
previously accepted as a gift from NIS-2. TERRY placed these two items on her
bed. TERRY then proceeded to the closet closest to the apartment's front
door and retrieved one Christian Dior navy blue jacket ("Dior jacket") and
placed it on a nearby bench. TERRY confirmed she had accepted a different
jacket from NIS-2 previously, but returned that jacket and used the value of
that return in part to cover the expense of the Dior jacket. TERRY also
opened a safe located in her childrens' bedroom. TERRY returned to her
bedroom and changed into gym clothing. TERRY then showed Agents that she
planned to depart the home in her clothes and with a credit card and
identification. TERRY then departed the apartment and left Agents at
approximately 1:50pm stating she planned to meet Partner at the Verizon
Wireless store to buy a new iPhone.

██████████████