# Exhibit B

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry: 06/16/2023

On June 5, 2023 at approximately 1:30pm, SUE MI TERRY (TERRY), ▮▮▮▮ ▮▮▮▮, ▮▮▮▮, was interviewed on her walk from a hotel suite located at ▮▮▮▮, New York, NY 10023 approximately four blocks to her home located at ▮▮▮▮, New York, NY 10024 by FBI Special Agents (SA) ▮▮▮▮. TERRY was previously advised of the identity of the interviewing Agents and the nature of the interview. During the walk, accompanying SAs ▮▮▮▮ and ▮▮▮▮ were not within hearing distance of the discussion between SA ▮▮▮▮ and TERRY, therefore supplemental information provided by TERRY to SA ▮▮▮▮ is provided as follows:

During the walk, SA ▮▮▮▮ asked TERRY what were the three most sensitive things that Republic of Korea (ROK) National Intelligence Service (NIS) intelligence officer NIS-3 had asked TERRY to do in the past.

TERRY responded, first was the request to influence Congress related to ROK President YOON Suk-yeol addressing a joint session before Congress in April 2023, however TERRY did not see this request through. Second and third were NIS-3's requests related to the information from TERRY's off-the-record meeting with the Secretary of State in June 2022 and TERRY's facilitation in providing NIS-3 access to Congressional staffers during a July 2022 Happy Hour following the Korean Masterclass held at Think Tank-3.

[Agent's Note: Other observations and information pertaining to interviews of TERRY by Agents on June 5, 2023 are documented in FD-302s under separate cover.]

Investigation on 06/05/2023 at New York, New York, United States (In Person)

File # ▮▮▮▮    Date drafted 06/06/2023

by ▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.