# Exhibit C

FD-302 (Rev. 5-8-10)

-1 of 6-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry __06/22/2023__

SUE MI TERRY (TERRY) was interviewed at Le Pain Quotidien (LPQ) located at ▮▮▮▮▮, New York, NY 10024 by Special Agents (SA) ▮▮▮▮▮, ▮▮▮▮▮, and ▮▮▮▮▮ on June 5, 2023 beginning at approximately 7:05pm. After being advised of the identities of the interviewing Agents and the nature of the interview, TERRY provided the following information:

[AGENT'S NOTE: This interview was a continuation of an interview conducted earlier that day by SAs ▮▮▮, ▮, and ▮▮▮▮. The interview was held in the outdoor seating area of LPQ on the sidewalk. Agents reminded TERRY that this interview was voluntary, she was free to leave at any time, and TERRY said she understood. Agents were wearing business suits and/or business casual clothing with firearms concealed.]

Before the July 2022 Happy Hour ("Happy Hour"), TERRY discussed with NIS-3 ▮▮▮▮▮ about the Happy Hour. [AGENT'S NOTE: According to TERRY's prior interview the same day, NIS-3 is a Republic of Korea (ROK) National Intelligence Service (NIS) Intelligence Officer (IO) serving as the Chief of Station (COS) under official cover at the ROK Embassy in Washington, DC. The Happy Hour was in reference to a Happy Hour that immediately followed a "Korean Masterclass" that TERRY organized and hosted at Think Tank-3 in July 2022 for U.S. Congressional staffers.]

TERRY and NIS-3 discussed how it would be nice to conclude with a Happy Hour. During these discussions, NIS-3 asked TERRY if NIS-3 could pay for the Happy Hour. TERRY confirmed she understood that this was NIS-3's way of asking TERRY to allow for NIS-3 to attend the Happy Hour. TERRY confirmed it would not have been possible for NIS-3 to meet with these Congressional staffers if it were not for TERRY organizing the Happy Hour and that TERRY facilitated NIS-3's access to the Congressional staffers at NIS-3's request. TERRY followed through and hosted the Congressional staffers at the Happy Hour while NIS-3 was present. [AGENT'S NOTE: According to FBI physical surveillance, TERRY and NIS-3 were present at this Happy Hour on July 8, 2022 at Central Michel Richard, a restaurant located at 1001 Pennsylvania Ave NW, Washington, DC 20004. According to TERRY's prior interview on the same day, TERRY assumed NIS-3 came to the Happy Hour with NIS colleagues and other attendees at the

| | |
|---|---|
| Investigation on  06/05/2023  at  New York, New York, United States (In Person) | |
| File # ▮▮▮▮▮▮▮▮▮▮ | Date drafted  06/06/2023 |
| by ▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮, ▮▮ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  Second Interview of SUE MI TERRY on 6/5/2023 , On 06/05/2023 , Page 2 of 6

Happy Hour did not know that [NIS-3] and his colleagues were NIS. Agents followed up with specific questions as follows.]

To Agents' question, did you plan the Happy Hour with [NIS-3] before it happened, TERRY responded yes.

To Agents' question, did [NIS-3] ask to pay for the Happy Hour, TERRY responded yes.

To Agents' question, was [NIS-3]'s asking to pay for the Happy Hour in fact [NIS-3]s way of asking to attend the Happy Hour, TERRY responded yes.

To Agents' question, without TERRY facilitating this Happy Hour, would [NIS-3] have been able to meet with these Congressional staffers, TERRY responded no.

To Agents' question, did you host the Happy Hour at [NIS-3]s request, TERRY responded yes.

To Agents' question, was [NIS-3] present at the event, TERRY responded yes.

[AGENT'S NOTE: During this part of the interview with Agents, TERRY became animated and frustrated in response to questions.] TERRY stated she "made mistakes" pertaining to the Happy Hour event.

TERRY advised she spoke to [NIS-3] in advance of her off-the-record (OTR) meeting with the Secretary of State (SECSTATE), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in June 2022 at the Department of State's (DOS) main building in Washington, DC. TERRY also met with [NIS-3] after the meeting with [SECSTATE] had concluded. The meeting with [NIS-3] directly after the [SECSTATE] meeting was arranged by [NIS-3] in advance of the [SECSTATE] meeting. TERRY again recalled that ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ were also present at the June 2022 meeting with [SECSTATE]. [AGENT'S NOTE: In the interview earlier in the day, TERRY also recounted that ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓ were also present at the OTR meeting with [SECSTATE]] TERRY recalled that she did not believe any of the experts, such as ▓▓▓▓▓ and ▓▓▓▓▓, shared information in the meeting that they had not already shared publicly.

Immediately after the June 2022 meeting with [SECSTATE] at DOS, TERRY was picked up by [NIS-3] in an ROK diplomatic vehicle. [NIS-3] asked TERRY about the interesting details of the meeting with [SECSTATE]. TERRY relayed details of the meeting to [NIS-3] to include what the other experts said to [SECSTATE]. TERRY agreed that [NIS-3] was debriefing TERRY about the [SECSTATE] meeting during their in-car meeting while [NIS-3] provided TERRY transportation to Union Station in

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of _Second Interview of SUE MI TERRY on 6/5/2023_ , On 06/05/2023 , Page 3 of 6

Washington, DC in order for TERRY to catch a train back to New York City. TERRY claimed that SECSTATE was the only "really influential" person TERRY had ever met. [AGENT'S NOTE: Agents followed up with specific questions as follows]

To Agents' question, did you speak to [NIS-3] before your meeting with the Secretary of State, TERRY responded yes.

To Agents' question, before the SECSTATE meeting, did [NIS-3] ask to meet with you immediately following your meeting with the Secretary of State, TERRY responded yes.

To Agents' question, did [NIS-3] ask to meet with you following the Secretary of State meeting in order to obtain your observations from the meeting, TERRY responded yes.

To Agents' question, did [NIS-3] ask you what others said in the meeting with the Secretary of State and did you provide those details, TERRY responded yes.

[AGENT'S NOTE: During this part of the interview with Agents, TERRY again became animated and raised her voice.] TERRY stated she had already repeatedly acknowledged she was bad and she made mistakes with [NIS-3] and that Agent did not need to be so repetitive. TERRY wished to move to "problem solving" with Agents.

TERRY confirmed that she recently met ▬▬▬ on Capitol Hill in Washington, DC. [AGENT'S NOTE: ▬▬▬ is the sitting U.S. Representative to the House of Representatives for ▬▬▬ congressional district.] Prior to TERRY's meeting with ▬▬▬, TERRY informed [NIS-3] she would be meeting with ▬▬▬. [NIS-3] arranged in advance of the ▬▬▬ meeting to pick up TERRY on Capitol Hill in his diplomatic vehicle immediately following the ▬▬▬ meeting so that TERRY could provide [NIS-3] details of the ▬▬▬ meeting. Once TERRY and [NIS-3] were together, upon [NIS-3]'s asking, TERRY relayed the details of TERRY's meeting with ▬▬▬. TERRY could not recall the details of the ▬▬▬ meeting to Agents and believed it was a short meeting.

TERRY advised that she had not complied with all of [NIS-3]'s requests in the past to include [NIS-3]'s request pertaining to influencing representative ▬▬▬. [AGENT'S NOTE: ▬▬▬ is the sitting U.S. Representative to the House of Representatives for ▬▬▬ congressional district. TERRY provided more detail pertaining to

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  Second Interview of SUE MI TERRY on 6/5/2023 , On  06/05/2023 , Page  4 of 6

during her interview earlier in the day with Agents. Specifically, that TERRY did not discuss the idea of ROK President YOON Suk-yeol addressing a joint session before Congress to either ▇ or ▇]

TERRY advised that after speaking with Agents, she canceled the private screening of "Beyond Utopia" scheduled for later in June 2023. TERRY did this as an indirect way of avoiding future contact with ▇ as TERRY had previously invited ▇ to attend that screening.

TERRY informed Agents that she also wanted to cancel the scheduled intelligence briefing at the National Intelligence Service (NIS) Headquarters in Seoul, South Korea for the US Congressional delegation she was hosting in South Korea later in June 2023. TERRY would need to inform ▇ about canceling this NIS brief.

[AGENT'S NOTE: At this point in the interview, LPQ staff informed TERRY and Agents that the outdoor seating area was closed and they were retrieving the in-use seats and table. TERRY agreed to continue the interview with Agents in a hotel lobby on the same city block and that the interview continued to be voluntary. During the brief walk to the hotel, TERRY displayed a Signal chat message she sent to ▇ reflecting the postponement of the referenced film screening. SA ▇ captured photographs of the text, attached hereto as a digital 1A package. The interview continued in a meeting alcove on the ground floor of a hotel lobby located at ▇, New York, NY 10024. Agents reminded TERRY that this interview continued to be voluntary and she was free to leave at any time. TERRY snapped at Agents that she knew the interview was voluntary and mimicked Agent's manner of speech. TERRY stated that Agent need not be so repetitive and that Agent's spouse was likely frustrated with Agent's tendency to be repetitive.]

TERRY advised that the NIS gifted her with cosmetics, but they were not valuable. TERRY kept the cosmetics, which she considered as a holiday gift, but did not recall which of the cosmetics in her collection at home were from ROK or NIS officials. The cosmetics TERRY typically used were more expensive and higher end.

TERRY believed ▇ gave her more information than she gave to ▇

[AGENT'S NOTE: At this point in the interview, SA ▇ provided two FD-597 forms and a copy of two search warrants to TERRY for her to retain. The first FD-597 and search warrant was associated with TERRY's iPhone and the execution of a search on TERRY's person while at the hotel earlier in the day. The second FD-597 and search warrant was for TERRY's residence located

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  Second Interview of SUE MI TERRY on 6/5/2023 , On 06/05/2023 , Page 5 of 6

at ███████████████████████████, New York, NY. Agents reminded TERRY that she provided consent to search her residence earlier, yet the FBI had also executed a second search warrant in order to seize relevant items found in the apartment. The second FD-597 listed, among other things, the luxury items, documents, and multiple electronic devices to include a desktop, Apple MacBook, and Dell Laptop provided by Think Tank-3 .]

TERRY advised that her Think Tank-3 laptop had nothing on it, the data was only accessible remotely via a login, and she only used it for approving Think Tank-3's "POs" and time sheets.

TERRY re-iterated that she had scheduled an NIS intelligence briefing to U.S. Congressional staffers during their delegation trip in late June 2023. TERRY advised that she had communicated to Think Tank-3's Congressional Relations (CR) staff members that she planned to have Congressional staffers visit NIS Headquarters for the NIS intelligence briefing. ███████████████████████████████████████████████████████ TERRY now wished to cancel this scheduled NIS briefing for the Congressional staffers and instead host them at South Korea's National Assembly.

TERRY shared that she made errors in judgement by completing requests for NIS-3 and said "I learned my lesson" and that the FBI had sufficiently "scared her." TERRY complained that given FBI seized her iPhone, she had to go out and buy a replacement iPhone 14 Pro for more than $1,000 even though the new iPhone 15 was coming out in September 2023. TERRY complained she had consented to an invasion of privacy in her home and asked the rhetorical question, what if she was into "kinky" stuff? TERRY added she was willing for 20 Agents to follow her movements and tap her phone.

When Agents responded that they had a lawful search warrant, TERRY responded, "I get it, I brought it on myself."

TERRY shared that she wished to cancel her trip to South Korea later that week. TERRY wished to delete and block NIS-3's number. TERRY again wished to cancel the NIS briefing to congressional staffers in late June 2023. TERRY asked for Agents' input to "problem solve" next steps and did not want to appear to be obstructing justice by messaging NIS-3.

[AGENT'S NOTE: Agents advised TERRY that they could not direct TERRY to do anything and she was free to take any action. Agents advised they were not allowed to provide legal advice.]

FD-302a (Rev. 5-8-10)

Second Interview of SUE MI TERRY on
Continuation of FD-302 of 6/5/2023 _____, On 06/05/2023 , Page 6 of 6

Agents advised they must brief their bosses and could meet with TERRY again the following day. TERRY agreed to meet with the SAs at the same location the following day at 3:00pm to discuss possible next steps after SAs consulted with their bosses. TERRY requested to receive her MacBook and Think Tank-3 laptop back from SAs to which SAs agreed.