

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 25, 2025

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:    <u>United States v. Sue Mi Terry</u>, 24 Cr. 427 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

                                                                               Respectfully submitted,

                                                                               JAY CLAYTON
                                                                               United States Attorney
                                                                               Southern District of New York

                                                By:    /s/_____
                                                                Kyle A. Wirshba
                                                                Chelsea L. Scism
                                                               Samuel Adelsberg
                                                               (212) 637-2493/ -2105/ -2494

cc: Defense Counsel (by ECF)