UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                  :
                                          :
                                          :
                                          :   24 Cr. 427 (LGS)
            -against-                     :
                                          :   SCHEDULING ORDER
SU MI TERRY,                              :
                            Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant has requested an ex-parte CIPA Section 2 conference. It is hereby

ORDERED that Defendant shall appear for an ex-parte, in camera CIPA Section 2 Conference on **June 3, 2025, at 2:15 P.M.** in Chambers 201, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: May 29, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE