

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 16, 2025

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**. The parties' deadline to submit the joint letter is extended to **December 24, 2025**.

Dated: December 16, 2025
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *United States v. Sue Mi Terry*, **24 Cr. 427 (LGS)**

Dear Judge Schofield:

The Government writes with the consent of the defendant to respectfully request a one-week adjournment of the deadline currently set for Wednesday, December 17, 2025 for the parties to file a joint letter stating the number and identity of witnesses and anticipated length of the suppression hearing scheduled for January 27, 2026 (the "Joint Letter"). One of the potential witnesses the Government may call at the upcoming suppression hearing has been traveling for work outside of the United States, and another potential witness is based in the Washington, D.C. area. The Government would respectfully request additional time to meet with these potential witnesses in determining its witness list. Accordingly, the Government requests that the deadline for the Joint Letter be adjourned to Wednesday, December 24, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
Kyle Wirshba / Sam Adelsberg /
Alexander Li / Chelsea Scism
Assistant United States Attorneys
(212) 637-2493