Case 1:24-cr-00427-LGS   Document 71   Filed 12/24/25   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 24, 2025

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Sue Mi Terry</u>, 24 Cr. 427 (LGS)

Dear Judge Schofield:

    The parties write jointly, pursuant to the Court's orders of December 10 and 16, 2025, to alert to the Court to the identity of witnesses at and anticipated length of the upcoming evidentiary hearing. *See* ECF Nos. 68, 70. After conferring, the parties expect the following witnesses to testify at the hearing, which the parties anticipate will last approximately one day:

    FBI Supervisory Special Agent Barabara Lopez;
    FBI Special Agent Nicholas Iorio;
    FBI Supervisory Special Agent Brandon Cavanaugh; and
    FBI Special Agent Raymond Yi.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s/
    Kyle Wirshba / Sam Adelsberg /
    Alexander Li / Chelsea Scism
    Assistant United States Attorneys
    (212) 637-2493