UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA      :

                                       -against-                      :      24 Crim. 427 (LGS)

    SUE MI TERRY,                            :      SCHEDULING ORDER
                                      Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an evidentiary hearing in this action is currently scheduled to begin January 27, 2026.  It is hereby

       **ORDERED** that the hearing scheduled for January 27, 2026 is **ADJOURNED** to **January 28, 2026, at 10:30 A.M.**  The hearing will be held in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.

Dated:  January 23, 2026
            New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE