

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Nicholas J. Lewin
+1 212 390 9559
Nick.Lewin@KKLllp.com

January 30, 2026

By ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**.  The proposed briefing schedule for post-hearing memoranda is **SO ORDERED**.

Dated: February 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

As Your Honor knows, we represent Dr. Sue Mi Terry in the above-captioned matter. We write pursuant to the Court's direction during the January 28, 2026 evidentiary hearing that the parties jointly propose a briefing scheduling for post-hearing submissions; that proposal is as follows:

- Defendant's Brief:             February 12, 2026
- Government's Opposition:       February 19, 2026

Respectfully submitted,
KKL LLP

By: Nicholas J. Lewin
Melissa C. Danzo

cc:   All counsel of record (via ECF)