UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                    Plaintiff,                               :
                                                             :  Case No. 1:24-cr-00427-LGS-1
        v.                                                   :
                                                             :
SUE MI TERRY,                                                :  **MOTION AND DECLARATION
                                                             :  PURSUANT TO LOCAL CIVIL RULE
                    Defendant.                               :  1.4 AND LOCAL CRIMINAL RULE
                                                             x  1.2 FOR THE WITHDRAWAL OF
                                                                JEREMY GORDON AS COUNSEL**

------------------------------------------------------------

  I, Jeremy Gordon, an attorney of record for Defendant Dr. Sue Mi Terry, hereby move the Court pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2, for an order, substantially in the form attached hereto as **Exhibit A**, granting leave to withdraw my individual appearance as an attorney of record in this action. In support thereof, I declare as follows:

  1. Effective as of the close of business February 6, 2026, I will no longer be associated with Jenner & Block LLP, which firm represents Dr. Terry.

  2. Dr. Terry will continue to be represented in this matter by experienced attorneys from KKL LLP, Selendy Gay PLLC, Willkie Farr & Gallagher LLP, and Jenner & Block LLP, who have previously entered their appearances.

  3. My withdrawal as counsel would not affect this proceeding in any way and will not involve assertion of a charging or retaining lien.

  4. For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon me.

1

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2026  
Washington, D.C.

Respectfully submitted,

By: /s/ Jeremy Gordon

Jeremy Gordon  
(Admitted *pro hac vice*)  
Jenner & Block LLP  
1099 New York Ave NW, #900  
Washington, DC 20001  
(202) 639-6000  
jgordon@jenner.com  
*Counsel for Defendant*  
*Dr. Sue Mi Terry*

2

**CERTIFICATE OF SERVICE**

      Pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2, the undersigned, an attorney duly admitted *pro hac vice* before this Court, hereby certifies under penalty of perjury that on February 5th, 2026, I caused a true copy of the Motion and Declaration for Withdrawal as Counsel to be served upon my client, Dr. Sue Mi Terry, as indicated:

By Email

      A copy of the motion and declaration was also served on all attorneys of record in this matter via ECF.

Dated: February 5, 2026　　　　　　　　　　Respectfully submitted,
Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　By:　/s/ Jeremy Gordon

　　　　　　　　　　　　　　　　　　　　　Jeremy Gordon
　　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Jenner & Block LLP
　　　　　　　　　　　　　　　　　　　　　1099 New York Ave NW, #900
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 639-6000
　　　　　　　　　　　　　　　　　　　　　jgordon@jenner.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Dr. Sue Mi Terry*