UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

  UNITED STATES OF AMERICA         :

                                                 :               24 Crim. 427 (LGS)

                        -against-          :

                                                   :          **SCHEDULING ORDER**

  SUE MI TERRY,                   :

                                  Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant's motion to dismiss the Indictment has been resolved.  It is

hereby

      **ORDERED** that the parties shall appear at a status conference on **March 10, 2026, at**

**10:30 A.M.**  The conference will be conducted in person at the Thurgood Marshall United States

Courthouse, Southern District of New York, 40 Foley Square, New York, New York in

courtroom 1106.  The parties shall be prepared to discuss the schedule for trial in this action.

Dated: February 19, 2026
        New York, New York

                                                  LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**