UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA          :

                      :

                      :        24 Cr. 427 (LGS)

             -against-        :

                      :        **ORDER**

SUE MI TERRY,              :

               Defendant.  :

                      :

---------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Government moves to file a post-suppression hearing Memorandum of Law under seal.  Specifically, the Government seeks to redact from public view the names of FBI Agent witnesses and identify them only by the first letter of their surnames.

WHEREAS, for the reasons stated in the Order dated February 13, 2026, which granted sealing of the same information in Defendant's post-hearing memorandum, sealing of this information is justified because the proposed redactions are narrowly tailored to protect against any impairment of law enforcement interests and judicial performance, which outweighs the presumption of public access afforded to these documents.  It is hereby

**ORDERED** that the Government's motion to file the Memorandum of Law in redacted form is **GRANTED**.  By **February 23, 2026**, the Government shall file the memorandum in redacted form on ECF for public view.  It is further

**ORDERED** that, by **February 23, 2026**, the Government shall file the unredacted memorandum under seal in paper copy and on a CD Rom in PDF-A format, in accordance with the Court's Non-Electronic Filing Procedures, available at https://nysd.uscourts.gov/programs/records/sealed.

Dated: February 20, 2026
   New York, New York

                LORNA G. SCHOFIELD
             UNITED STATES DISTRICT JUDGE