UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -against-

SUE MI TERRY,

                               Defendant.

------------------------------------------------------------X

24 Cr. 427 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference in this action is scheduled for March 31, 2026. To facilitate the conference, it is hereby

**ORDERED** that, by **March 27, 2026**, the parties shall meet and confer regarding pre-trial deadlines assuming the trial in this action begins on or around October 27, 2026. Also by **March 27, 2026**, the parties shall file a joint letter proposing dates for pre-trial deadlines. The parties are directed to the undersigned's Individual Trial Rules and Procedures, available at

https://www.nysd.uscourts.gov/hon-lorna-g-schofield.

Dated: March 25, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE