UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

SUE MI TERRY,

                           Defendant.

----------------------------------------------------------X

24 Cr. 427 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Government has requested an ex parte CIPA Section 2 conference.  It is hereby

**ORDERED** that the Government shall appear for an ex parte, in camera CIPA Section 2 conference on **June 1, 2026, at 3:00 P.M.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: April 16, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**