UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

                   -against-

SUE MI TERRY,

                             Defendant.

---------------------------------------------------------------X

24 Cr. 427 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an ex parte, in camera CIPA Section 2 conference with the Government is currently scheduled for June 1, 2026.  Due to a scheduling conflict, it is hereby

**ORDERED** that the conference scheduled for June 1, 2026, is **RESCHEDULED** to **June 8, 2026, at 4:00 P.M**.  The conference will be conducted ex parte and in camera at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  May 28, 2026
         New York, New York

                                  **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**