UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SUE MI TERRY,

                    Defendant.

---

Notice of Appearance and Request for
Electronic Notification

24 Cr. 427 (LGS)

TO:   Clerk of Court
      United States District Court
      Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States of America and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York


                    by: _____
                        Kaylan E. Lasky
                        Assistant United States Attorney
                        (212) 637-2315
                        kaylan.lasky@usdoj.gov

TO:   Counsel of Record (by ECF)