AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cr-00427-LGS-1 |
| Sue Mi Terry | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sue Mi Terry                                                    .

Date:     07/08/2026

/s/ Sarah P. Geller
*Attorney's signature*

Sarah P. Geller (6272801)
*Printed name and bar number*

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10026

*Address*

sgeller@jenner.com
*E-mail address*

(212) 407-1794
*Telephone number*

(212) 891-1699
*FAX number*