**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

Application **GRANTED.** The parties' memoranda in support of any *Daubert* motions shall not exceed thirteen pages. The deadline for memoranda in support of *Daubert* motions is extended to **September 3, 2026**. So ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 119.

Dated: September 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Sue Mi Terry, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

The Government writes to respectfully request three additional pages for its *Daubert* brief, which is due to the Court on September 2, 2026. On August 19, 2026, the Court endorsed the parties' proposal for a ten-page limit for *Daubert* motions. (Dkt. No. 116). The Government is now requesting an additional three pages to allow it to fully brief its motion to preclude proposed defense expert Winston Lord. The defense takes no position on the Government's request, so long as the defense is afforded the same number of pages in its *Daubert* brief.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Sam Adelsberg / Kaylan Lasky
Chelsea Scism / Kyle Wirshba
Assistant United States Attorneys
(212) 637-2493