UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SUE MI TERRY,

Defendant.

------------------------------------------------------------X

24 Crim. 427 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 15, 2026, the Government moved to file a motion in limine under seal.

WHEREAS, for the reasons provided in the Government's motion, it is hereby

**ORDERED** that the motion to seal is **GRANTED**. Defendant shall file any opposition to the motion in limine under seal.

Dated: September 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE