KKL

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

October 5, 2026

By ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re:*** ***United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

We write jointly on behalf of both parties to request a one-week extension of time, to October 12, 2026, to submit the parties' joint trial documents that are presently due today, October 5, 2026. *See* Dkt. 95.[1] Specifically, the parties request additional time to submit a joint statement as provided in the Court's Individual Rule I.1, joint proposed *voir dire*, joint proposed requests to charge, and a joint proposed verdict sheet. This is the parties' first request to adjourn this deadline, and will allow the parties to continue ongoing discussions oriented towards resolving as many disagreements as possible prior to submitting these joint documents to the Court.

[1] The parties are familiar with the Court's Individual Criminal Rule B.3, governing the deadline for adjournments. The parties have been working diligently to finalize these materials, but it is now apparent that additional time is necessary to submit adequate joint documents to the Court and resolve at least some outstanding areas of disagreement between the parties.

Respectfully submitted,
KKL LLP

By: /s/ Nicholas Lewin

Nicholas J. Lewin
Melissa C. Danzo
KKL LLP

Faith E. Gay
Temidayo Aganga-Williams
Joshua W. Bean
SELENDY GAY PLLC

Lee S. Wolosky
WILLKIE FARR & GALLAGHER LLP

Anthony S. Barkow
Sophie A. Schuit
Sarah P. Geller
JENNER & BLOCK LLP

*Attorneys for Dr. Sue Mi Terry*

cc: All counsel of record (via ECF)