**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

October 13, 2026

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

The Government writes, on behalf of the parties, to advise the Court that the parties and Pretrial Services have agreed to resolve this matter through the enclosed deferred prosecution agreement. The parties respectfully request that the Court authorize the exclusion of Speedy Trial time, as provided in the agreement, and adjourn all further proceedings *sine die*. The parties will update the Court upon the expiration of the deferral period in October 2027.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ___s/_______________________
Sam Adelsberg / Kaylan Lasky /
Alexander Li / Chelsea L. Scism
Assistant United States Attorneys
(212) 637-2494 / -2315 / -2265 / -2015