UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SUE MI TERRY,

*Defendant*.

24 Cr. 427 (LGS)

**DEFENDANT DR. SUE MI TERRY'S NOTICE OF FILING**

Defendant Dr. Sue Mi Terry ("Dr. Terry") files this notice in accordance with the Court's Order entered on October 14, 2026. *See* ECF No. 142.

On September 28, 2026, Dr. Terry submitted Exhibit D to her Opposition to the Government's Motions *in Limine* (ECF No. 134) ("Exhibit D") under seal because the government designated the production containing the document as "Sealed" pursuant to the Protective Order entered in this case, *see* ECF No. 15, and requested additional time to consult with the Center for Strategic and International Studies ("CSIS") before the document was made public.

On October 14, 2026, the Court denied Dr. Terry's application to file Exhibit D under seal as moot and denied the government's application to file Exhibit D under seal without prejudice. *See* ECF No. 142. In its Order, the Court permitted any party to "file a motion in support of continued sealing proposing narrowly tailored redactions consistent with Second Circuit law" by October 23, 2026. *Id.* The Order stated that "[i]f no such motion is filed, by October 26, 2026, Defendant shall file an unsealed and unredacted copy of Exhibit D on the docket." *Id.*

As no party has filed any such motion, Dr. Terry hereby files an unsealed and unredacted copy of Exhibit D on the docket.

Dated: October 26, 2026

New York, New York

Respectfully submitted,

By: /s/ *Faith E. Gay*
Faith E. Gay

SELENDY GAY PLLC
Faith E. Gay
Temidayo Aganga-Williams
Joshua W. Bean
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
fgay@selendygay.com
tagangawilliams@selendygay.com
jbean@selendygay.com

KKL LLP
Nicholas J. Lewin
Melissa C. Danzo
350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
nick.lewin@KKLllp.com
melissa.danzo@KKLllp.com

WILLKIE FARR & GALLAGHER LLP
Lee S. Wolosky
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
lwolosky@willkie.com

JENNER & BLOCK LLP
Anthony S. Barkow
Sophie A. Schuit
Sarah P. Geller
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
abarkow@jenner.com
sschuit@jenner.com
sgeller@jenner.com

*Attorneys for Dr. Sue Mi Terry*