# Exhibit D

**From**: Craig Cohen [CCohen@csis.org]
**Sent**: 5/31/2021 1:52:45 PM
**To**: Craig Cohen [CCohen@csis.org]
**CC**: John Hamre [JHamre@csis.org]; Josiane Gabel [JGabel@csis.org]
**Subject**: CSIS update 5/31

Dear Colleagues,

I hope everyone is enjoying a relaxing Memorial Day weekend. I wanted to take this moment to provide a quick update on a number of things going on at CSIS.

<u>All-Hands Meeting</u>

Dr. Hamre will host an all-hands meeting on Thursday, June 17 from 11 a.m. to noon. We invite you to either join in person on the 2nd floor or to join virtually.

<u>Pizza and Beer</u>

Dr. Hamre will be hosting CSIS alumni to come back and speak about their ongoing work over pizza and beer on Friday afternoons throughout the summer. We've had several alumni already agree to return, so please look for a note from Kate McPhail about the summer schedule.

<u>Review Check-ins</u>

We are approaching two-thirds of the way through the fiscal year. Managers, please have a review check-in with your staff in June if you haven't already. These mid-year reviews will be voluntary this year. Nate will circulate the ADP links and explain the process in the coming days. This is a good time to align expectations for the eventual return onsite, end of the fiscal year, and start to the new year.

<u>Employee Transitions</u>

Election years always bring significant transition for CSIS. We've had a number of terrific scholars and staff leave this year to take great new jobs. As a result, we've been very busy recruiting. Dr. Hamre will call out the names of all the new employees at the all-hands like he always does, but a few senior hires you should be aware of:

- Fredrick Anyanwu is our new Chief Development Officer. He comes to us from CARE and the Elton John AIDS Foundation.

- John Muller is Senior Director of Development for Defense and National Security. He comes to us from the House Armed Services Committee.

- Elizabeth Hoffman is our new Director of Congressional Relations. She comes to us from the National Endowment for Democracy and from the House Committee on Homeland Security.

- Sun Kordel is our new Deputy CFO and Director of Financial Planning & Analysis. She comes to us from the Aspen Institute and Brookings.

- Bonny Lin is our new Director of China Power. She comes to us from RAND and the Office of the Secretary of Defense-Policy.

- Marti Flacks is our new Director for the Human Rights Initiative. She comes to us from the Business and Human Rights Resource Center and from the National Security Council.

- Emily Harding is our new Deputy Director of the International Security Program. She comes to us from the Senate Select Committee on Intelligence.

- Ryan Berg is a new Senior Fellow in the Americas Program. He comes to us from AEI.

We expect a few more senior-level hires over the next few weeks and months. It's always sad to see great colleagues go, but we couldn't be more excited about the impressive new talent that has joined the Center.

<u>Diversity</u>

This past year has led many of us to think more profoundly about diversity and inclusion. I'm very pleased to see that we have been recruiting a greater diversity of talent to CSIS at all levels, from interns to senior staff. Nicole Aandahl and Hadeil Ali have led the way and will report out on their survey results, current activities, and plans for the year ahead at the all-hands.

<u>Interns</u>

Speaking of interns, we are currently planning for interns to be allowed to return onsite this Fall provided they are vaccinated. Remote internships will remain an option.

<u>Financial Outlook</u>

Two-thirds of the way through the fiscal year, CSIS's financial situation remains relatively strong. We still have some ground to cover, so we appreciate all of your hard work to develop new project ideas and close gaps in your budgets over the next four months. But the pandemic did not set us back in any meaningful way, and the programs as a whole are in good shape.

<u>New Processes</u>

- *New Budgeting System*—The new system will be up and running this summer. Look for Lisa Wilson's note to invite you to training sessions in June. She will provide an update at the all-hands.

- *New Government Contracting Process*—Sun Kordel worked with F&A, Development and select program directors to develop a new process to streamline our bid and proposal process for government funding. We will give an overview of this at the all-hands.

- *Hybrid Convening*—As mentioned in the return onsite memo, Chris Barnett and his team have developed multiple options for programs to convene hybrid meetings (both in-person and virtual participants) in different rooms across the building. Chris will circulate a memo this week and we will provide an overview of these options and longer-term plans at the all-hands.

- *FARA*—We've developed a matrix we will circulate to help programs navigate how to work with donors and comply with CSIS ethics policies. We will also be conducting training on compliance with FARA (Foreign Agent Registration Act) in the months ahead.

- *Visiting Fellows*—VF renewals should run through the Development office, but please reach out to Josie Gabel if you are considering a new VF partnership. We will circulate more detailed VF guidance related to COVID protocols in the next few weeks.

- *Cyber Compliance*—Aaron Myers and his team will be working with outside consultants to strengthen our cyber policies and processes to bring us into compliance with new regulations required for our federal grants and contracts. Overall, our perimeter security is strong, but there is always more to do. Please stay vigilant about links from unknown sources.

- *Executive Education*—Nahmyo Thomas and her team have developed a vetting process for foreign individuals who sign up for our virtual courses. Nahmyo will circulate these guidelines next week.

We will go through a number of these updates in more detail at the all-hands on June 17. Please feel free to reach out to me or Josie Gabel on any related issue.

Please remember that CSIS becomes a vaccinated facility tomorrow, June 1. Please reach out to Tara Young and Gaye Dixon with your vaccination cards to be cleared for entry. We've had almost 100 staff members already do so. We will send guidance tomorrow about the process for clearing guests to the building.

Finally, let me say that we recognize what an extraordinary time these past fifteen months have been. We know there is likely to be both hope and apprehension as staff contemplate a return to office life. That is perfectly understandable. It has been great to see so many old and new friendly faces around the building of late. Let us hope that by Fall, concerns about the virus will continue to fade, and CSIS will again be bustling with activity.

Have a good Memorial Day, whether you plan to spend it by honoring the men and women who died while serving the U.S. military, by taking in a ball game, or by chasing after your kids. Please know that Dr. Hamre and team are very grateful for all you do for CSIS.

Best,
Craig