KKL

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

October 21, 2026

Application Granted. Pretrial Services is directed to provide Dr. Terry with her passport. The Clerk of the Court is directed to terminate the letter motion at docket number 144.

Dated: October 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

By ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

We write on behalf of Dr. Sue Mi Terry to request the Court issue an order directing U.S. Pretrial Services to return Dr. Terry's passport. On October 13, 2026, the government submitted a letter advising the Court that the parties and Pretrial Services had agreed to resolve this matter through a deferred prosecution agreement (the "DPA"). Dkt. 141. Pursuant to the terms of the DPA, while the DPA remains in effect, Dr. Terry is permitted to travel outside the continental United States, provided she receives permission to do so from her supervising Pretrial Services Officer. *See* Dkt. 141-1 at 1. Dr. Terry now requests that, consistent with the DPA, her passport be returned to her. We understand that Pretrial Services requires an order from the Court to return Dr. Terry's passport to her. Accordingly, we respectfully request the Court issue such an order.

Thank you for Your Honor's consideration of this request. We are available should the Court require any additional information or have any further questions.

Respectfully submitted,

By: ______________________
Nicholas J. Lewin
Melissa C. Danzo
KKL LLP

*Attorneys for Dr. Sue Mi Terry*

cc: All counsel of record (via ECF)