Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

November 2, 2026

Via ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

Dr. Sue Mi Terry respectfully submits the enclosed public copies of Exhibits C and D to her motions *in limine* (ECF No. 124) pursuant to the Court's September 25, 2026 order (ECF No. 131).

On September 14, 2026, Dr. Terry filed placeholders for these exhibits on the public docket (ECF Nos. 124-3, 124-4) and submitted the exhibits under seal, together with a letter motion seeking leave to file them under seal. The government had designated the production containing those documents as "Sealed" under the Protective Order (ECF No. 15) and requested additional time to consult with the Woodrow Wilson International Center for Scholars ("Wilson Center") before they were made public. On September 17, 2026, the Court held the sealing application in abeyance and directed the government to respond by September 25, 2026. After consulting with the Wilson Center, the government informed the Court that continued sealing was no longer required (ECF No. 130). The Court's September 25, 2026 order (ECF No. 131) therefore denied the sealing motion as moot, directed the public filing of the sealing letter (which Dr. Terry subsequently filed at ECF No. 132), and directed that the seal be lifted on ECF Nos. 124-3 and 124-4.

Because those docket entries contain placeholders rather than the exhibits themselves, Dr. Terry hereby files public copies of Exhibits C and D on the public docket to give effect to the Court's order.

Respectfully submitted,

/s/ Faith E. Gay
Faith E. Gay
Temidayo Aganga-Williams
Joshua W. Bean
SELENDY GAY PLLC

Enclosures: Exhibit C and Exhibit D