KKL

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

November 4, 2026

By ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re:* *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

We write on behalf of Dr. Sue Mi Terry to request the Court modify the conditions of Dr. Terry's bail conditions to remove the requirement that the personal recognizance bond be secured by Dr. Terry's residence.

At Dr. Terry's initial appearance on July 16, 2024, the parties agreed on a bail package, including a $500,000 personal recognizance bond, secured by her primary residence. *See* Dkt. 7, 8. Dr. Terry perfected the bond, via a lien on that residence, and has, for the nearly two and a half years since, consistently and diligently complied with all conditions of her release.

As the Court is aware, on October 13, 2026, the parties agreed to resolve this matter through a deferred prosecution agreement ("DPA"). Dkt. 141. Dr. Terry now respectfully requests that her conditions of release be modified to remove the condition that her bond be secured by her residence. Following the parties' agreement to resolve this case through the DPA, that security is no longer warranted.

We have conferred with the assigned AUSA, who stated that the government has no objection to this request, and Dr. Terry's Pretrial Services Officer, who indicated that the Office of Pretrial Services defers to the government.

Respectfully submitted,

By: ______________________________
Nicholas J. Lewin
Melissa C. Danzo
KKL LLP

*Attorneys for Dr. Sue Mi Terry*

cc: All counsel of record (via ECF)